UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al.

08 CV 496 (RJL)

vs.

THE SYRIAN ARAB REPUBLIC, et al

### MOTION TO RESCHEDULE STATUS CONFERENCE

On April 11, 2008 the Court scheduled this matter for a status conference for April 21, 2008 at 2:00 p.m.

Plaintiffs' counsel is unavailable on that day due to religious observance of the Passover holiday.

Consequently, Plaintiffs respectfully request that the conference be scheduled to a date which is convenient for the Court including one of the following dates: May 1, 7, 12, 19, 20, 26, 27, 28.

Wherefore, Plaintiffs respectfully request that the April 21, 2008 status conference be rescheduled.

Attorney for the Plaintiffs,

/s/ David J. Strachman
David J. Strachman
McIntyre, Tate & Lynch LLP
321 South Main Street, Suite 400
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)

CERTIFICATION

       I hereby certify that on April 11, 2008 the within motion was served by ECF to counsel of record:

Maher H. Hanania # 464766
6066 Leesburg Pike Suite 101
Falls Church, VA 22041
hananialaw@yahoo.com

Larry Schilling
Ramsey Clark
37 West 12th Street – 2B
New York, NY 10011

                                        /s/ David J. Strachman