# McINTYRE, TATE, & LYNCH LLP

Counsellors at Law

JERRY L. McINTYRE †
DEBORAH MILLER TATE *Δ
WILLIAM J. LYNCH
DAVID J. STRACHMAN *
ROBERT S. PARKER *
ROBERT J. SGROI †

Also member
† New York Bar
* Massachusetts Bar
Δ Florida Bar

Via Federal Express

June 26, 2008

Greg Hughes
United States District Court
for the District of Columbia
U.S. District Courthouse, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

       Re: <u>Shatsky v. The Syrian Arab Republic et als.</u>
           Case # 08-cv-496 (RJL)

Dear Mr. Hughes,

    As counsel to the Plaintiffs herein, I respectfully request your assistance in serving the defendants in this matter pursuant to 28 U.S.C. §1608, which requires that the clerk "dispatch" the service documents to the defendants by "any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court."

    Accordingly, enclosed please find nine postage paid packages (one for each defendant) containing:

        - Summons- and Arabic translation
        - Complaint- and Arabic translation
        - Notice of Suit- and Arabic translation and copy of the
            Foreign Sovereign Immunities Act

    Once the packages have been "dispatched" and mailed, could you please have an appropriate docket entry made. Please call if there is anything further I can provide or there are any questions. Thank you for your courtesy.

                              Sincerely,

                              David Strachman

DJS/mj

Enclosures