

United States Department of State

*Washington, D.C. 20520*

June 16, 2009

Ms. Nancy Mayer-Whittington
Clerk of the Court
United States District Court
District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

          re:  **Shabtai Scott Shatsky, et al. v. The Syrian Arab Republic, et al., Case Number 1:08CV00496**

Dear Ms. Mayer-Whittington:

    I am writing regarding the transmittal of summonses, complaints and notices of suit to the Syrian Arab Republic, the Syrian Ministry of Defense, the Syrian Air Force Intelligence Directorate and Syrian Military Intelligence pursuant to 28 U.S.C. Section 1608(a)(4) as defendants in the above referenced case.

    The American Embassy in Damascus, Syria transmitted the summonses, complaints and notices of suit to the Ministry of Foreign Affairs of the Syrian Arab Republic on April 2, 2009 under cover of diplomatic notes Nos. 194, 195, 196 and 197, all dated April 2, 2009. Certified copies of the Embassy's diplomatic notes, and copies of the documents transmitted to the Foreign Ministry are enclosed herewith in accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act.

**RECEIVED**

JUN 1 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I regret that there was a delay in returning these documents to Washington. Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

cc: David J. Strachman
McIntyre, Tate, Lynch & Holt
321 South Main Street, Suite 400
Providence, RI 02903