Default - Rule 55A (CO 40 Revised-2/2010)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al

            Plaintiff(s)

    v.

Civil Action: 08-496 RJL

SYRIAN ARAB REPUBLIC et al

            Defendant(s)

**RE:** SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 2, 2009, and an affidavit on behalf of the plaintiff having been filed, it is this 22nd day of March, 2010 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
      Deputy Clerk