IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-CV-00496-RJL |
| THE SYRIAN ARAB REPUBLIC, *et al.*, | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears in the above-captioned action on behalf of all Plaintiffs in the above captioned matter.

Dated:  May 20, 2013                                             Respectfully submitted,


  /s/ Abbe David Lowell

Abbe David Lowell (#358651)
CHADBOURNE & PARKE, LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel:   202.974.5605
Fax:  202.974.6705
adlowell@chadbourne.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2013, a true and correct copy of the foregoing was served via ECF on the following:

>William Ramsey Clark
>Lawrence W. Schilling
>37 West 12th Street
>Suite 2B
>New York, NY 10011
>lwschilling@earthlink.net
>*Attorneys for Defendants*

>David L. Schoen
>2800 Zelda Road
>Suite 100-6
>Montgomery, AL 36106
>Dschoen593@aol.com
>*Attorneys for Plaintiffs*

>/s/ Abbe David Lowell
>Abbe David Lowell (#358651)