**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

SHABTAI SCOTT SHATSKY, et al.,,

                                Plaintiffs,

                -against-

PALESTINE LIBERATION ORGANIZATION and
PALESTINIAN AUTHORITY,

                                Defendants.

Case No.: 1:08-cv-00496 (RJL)

**NOTICE OF CHANGE OF**
**ADDRESS**

  **PLEASE TAKE NOTICE** that, effective August 1, 2018, counsel of record

for plaintiffs, Shabtai Scott Shatsky, et al., in the above captioned matter are now

affiliated with the law firm of Winston & Strawn LLP. The new contact information

is as follows:

    Abbe David Lowell (#358651)
    Winston & Strawn LLP.
    1700 K Street, N.W.
    Washington, DC 20006
    Tel: (202) 282-5000
    Fax: (202) 282-5100
    adlowell@winston.com

Dated:   Washington, DC
         August 1, 2018

Respectfully,


By _____ */s/  Abbe David Lowell* _____
         Abbe David Lowell (#358651)
         WINSTON & STRAWN LLP
         1700 K Street, N.W.
         Washington, DC 20006
         Tel: (202) 282-5000
         Fax: (202 282-5100
         adlowell@winston.com

         *Counsel for Plaintiffs*

CPAM: 12631397.1

## CERTIFICATE OF SERVICE

I hereby certify, that on the 17th day of July 2017, I caused a true and correct copy of

the foregoing **Notice of Change of Address** to be filed and served electronically via

CM/ECF:

Alexandra E. Chopin
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
alexandra.chopin@squirepb.com

Mitchell R. Berger
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
mitchell.berger@squirepb.com

John A. Burlingame
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
john.burlingame@squirepb.com

Gassan A. Baloul
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
gassan.baloul@squirepb.com

Amy L. Brown
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, D.C. 20037
amy.brown@squirepb.com

*Counsel for Defendants, the PA and the PLO*
*and all Counsel of Record*

/s/ Abbe David Lowell
Abbe David Lowell

CPAM: 12631397.1