**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

SHABTAI SCOTT SHATSKY, et al.,,

                               Plaintiffs,

                 -against-

PALESTINE LIBERATION ORGANIZATION and PALESTINIAN AUTHORITY,

                              Defendants.

Case No.: 1:08-cv-00496 (RJL)

**AMENDED NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that, effective August 1, 2018, counsel of record for plaintiffs, Shabtai Scott Shatsky, et al., in the above captioned matter are now affiliated with the law firm of Winston & Strawn LLP. The new contact information is as follows:

        Abbe David Lowell (#358651)
        Winston & Strawn LLP.
        1700 K Street, N.W.
        Washington, DC 20006
        Tel: (202) 282-5000
        Fax: (202) 282-5100
        adlowell@winston.com

2

Dated: Washington, DC
August 2, 2018

                                        Respectfully,

                                        By       */s/  Abbe David Lowell*
                                                   Abbe David Lowell (#358651)
                                                   WINSTON & STRAWN LLP
                                                 1700 K Street, N.W.
                                                 Washington, DC 20006
                                                 Tel: (202) 282-5000
                                                 Fax: (202 282-5100
                                                 adlowell@winston.com

                                                 *Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify, that on the 2nd day of August 2018, I caused a true and correct copy of the foregoing **Amended Notice of Change of Address** to be filed and served electronically via CM/ECF:

**David I. Schoen**
DAVID I. SCHOEN, ATTORNEY AT LAW
2800 Zelda Road
Suite 100-6
Montgomery, AL 36106-3700
(334) 395-6611
(917) 591-7586 (fax)
dschoen593@aol.com

**William Ramsey Clark**
37 West 12th Street
Suite 2B
New York, NY 10011
(212) 989-6613
(212)979-1583 (fax)
lwschilling@earthlink.net

*Counsel for Plaintiffs*

/s/ Abbe David Lowell
Abbe David Lowell