IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE SYRIAN ARAB REPUBLIC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 08-CV-00496-RJL |

**SHATSKY PLAINTIFFS' STATUS REPORT**

The Shatsky Plaintiffs provide this Court with this Status Report:

1. On July 15, 2020, the Court conducted a status conference to discuss a schedule for the presentation of evidence as the next proceeding following the defaults of the Syrian Arab Republic, the Ministry of Defense, the Ministry of Intelligence, and the Syrian Air Force Intelligence Directorate.

2. At the hearing, counsel and the Court discussed a plan for there to be the submissions of written materials for the Court to consider on the issues of liability before determining what other proceedings (e.g. live testimony) might be needed.  This included consideration to identify and present evidence from fact witness on the issue of liability (e.g., someone involved in investigating the Karnei Shomron bombing).

3. Counsel indicated that they would begin organizing the material, aiming for a September, submission, but also pointed out that the summer, COVID-19, logistics of dealing with people in other countries, identifying a fact witness who might not have restrictions on testifying, and religious holidays might impact the schedule.

4.	The Shatsky Plaintiffs will provide the Court with all of the liability submissions, except the declaration of Arieh Spitzen, by September 15.  The declaration of Mr. Spitzen needs additional time, until October 16, because of coordinating schedules over the past weeks, the holidays in September and because his lengthy declaration and exhibits require translation.  We will try to make this filing before then if possible.

Dated:	August 27, 2020

Respectfully submitted,

WINSTON STRAWN

By  /s/ Abbe David Lowell   

   A Member of the Firm

   1901 L Street, N.W.
   Washington, DC 20036
   Tel: (202) 282-5875
   adlowell@winston.com

NORTON ROSE FULBRIGHT

   Joy L. Langford
   901 H Street, N.W.
   Washington, DC 20036
   Tel: (202) 974-5605
   joy.langford@nortonrosefulbright.com

   *Counsel for the Shatsky Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify, that on 27th day of August, 2020, I caused a true and correct copy of the foregoing **Shatsky Plaintiffs' Status Report** to be filed and served electronically via CM\ECF:

Counsel for Plaintiffs

/s/ Abbe D. Lowell