## DR. MATTHEW LEVITT

## EXPERT DECLARATION REGARDING THE POPULAR FRONT FOR THE LIBERATION OF PALESTINE (PFLP) AND SYRIAN STATE SPONSORSHIP

### I.    SCOPE OF ENGAGEMENT

I have been asked to provide expert testimony about the goals, history and activities of the Popular Front for the Liberation of Palestine (PFLP) as well as state sponsorship and material support the group received from Syria over the years leading up to the March 26, 1991, shooting attack in which Yair Mendelson was killed and is the subject of *Shatsky, et al. v. Syrian Arab Republic, et al*., 1:08-cv-00496-RJL (D.D.C.).

### II.    SUMMARY OF OPINIONS

Based on my knowledge, experience, training and education, and drawing on my own extensive research, my expert opinion is that the Popular Front for the Liberation of Palestine (PFLP) is a terrorist group and is so-designated by both the United States and the European Union.  The PFLP blends Marxist-Leninist ideology with Palestinian and Arab nationalism as the basis for its violent campaign to destroy Israel and remove Western capitalism. The PFLP has been responsible for many terrorist attacks over the years, including airplane hijackings, shooting attacks, and suicide bombings. The PFLP grew into the second largest constituent element of the Palestine Liberation Organization (PLO), after Yaser Arafat's own Fatah party. The PFLP rejected the Madrid peace conference in 1991 and the Oslo Accords in 1993. Syrian state-sponsorship of the PFLP has been critical to the group's ability to carry out terrorist attacks, including the March 26, 1991, roadside shooting attack in which Yair Mendelson was killed.

### III.    QUALIFICATIONS

My qualifications as a noted expert in international terrorism, with a focus on Middle East terrorist groups and particular expertise in their logistical and financial support networks, are based on a multidisciplinary combination of my academic education, professional training and experience.

I am a United States citizen, residing in the Washington, D.C. area.  I hold both a Masters of Law and Diplomacy (MALD) and a Ph.D. in International Relations from The Fletcher School of Law and Diplomacy at Tufts University.  The Fletcher School, a member of the Association of Professional Schools of International Affairs and one of the preeminent graduate programs in international affairs in the United States, is renowned for its interdisciplinary curriculum and approach to international studies.  I also hold a B.A. cum laude in Political Science from Yeshiva University.

My Masters degree included concentrations in Conflict Resolution, International Security Studies, and the Middle East.  My doctoral dissertation entitled "The Impact of Acute Security Crises on the Process of Ongoing Negotiations," examines the impact of terrorism on

the Arab-Israeli peace process.  The dissertation examines acts of terrorism carried out by both Islamic and Jewish terrorists.  I was awarded several fellowships and grants in support of this research, including a graduate research fellowship from the Program on Negotiation at Harvard Law School.  While at Harvard I conducted extensive field research in the West Bank and Gaza Strip.  In a letter supporting my application for funding for my doctoral work, an assistant director of the FBI described the project as one that "will be of great benefit to the FBI and the U.S. Intelligence Community (USIC)."

Prior to joining the Washington Institute, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI) providing tactical and strategic analysis in support of counterterrorism operations. There I developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. In addition, I participated as a team member in a number of crisis situations, including the terrorist threat surrounding the turn of the millennium and the September 11 attacks.  In my official capacity as a U.S. government intelligence analyst, I researched and analyzed trends and patterns of international terrorist groups, produced written products and oral presentations for FBI management, FBI field agents and other agencies, and liaised with U.S. intelligence community counterparts, other U.S. government agencies, and foreign services.  In this capacity I also made several trips to the Middle East.  Indicative of my expertise, I earned three letters of commendation for my analytical contributions to FBI counterterrorism operations, as well as five awards in recognition of superior service rendered to the FBI.

In November 2001 I joined The Washington Institute for Near East Policy as a Senior Fellow in Terrorism Studies.  Founded in 1985, The Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of U.S. policy in this vital region of the world."  The Institute's Board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats.  The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

From November 2005 through January 2007 I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury.  In that capacity, I served both as a senior official within the department's terrorism and financial intelligence branch and as deputy chief of the Office of Intelligence and Analysis, one of sixteen U.S. intelligence agencies coordinated under the Office of the Director of National Intelligence. During my tenure at Treasury, I was at the center of the government's efforts to protect the U.S. financial system from abuse and to deny terrorists, weapons proliferators, and other rogue actors the ability to finance threats to U.S. national security.  In recognition of exceptional service to the department, in January 2007 the Treasury Department awarded me its "Exceptional Service Award."  In 2008-2009 I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS) whose mission was to help achieve the Secretary of State's vision of resolving the Israeli-Palestinian conflict through two states living side by side in peace and security.

In February 2007 I returned to the Washington Institute, where I am a Senior Fellow and Director of the since renamed Reinhard Program on Counterterrorism and Intelligence. In this capacity, I am frequently sought after as an analyst and commentator on terrorism issues for major media outlets including CNN, ABC, NBC, CBS, PBS, The New York Times, The Washington Post, The Wall Street Journal, National Public Radio, CBC, BBC, al Jazeera, al Arabiya, and more. I have lectured and consulted on terrorism for a variety of government and other organizations, including the U.S. Departments of State, Treasury, Homeland Security, Defense and Justice, the Commission on Terrorist Attacks Upon the United States (9-11 Commission), the Financial Transactions Reports Analysis Centre of Canada (FINTRAC), the Canadian Security and Intelligence Service (CSIS), Department of Justice Canada, the European Union, the United Nations, the Global Counterterrorism Forum, the International Institute of Justice, and many others, and write frequent policy briefs and articles on issues relating to terrorism and U.S. policy.

I am an Adjunct Professor in the security studies program at Georgetown University's Edmund A. Walsh School of Foreign Service, and I have also taught as a Professorial Lecturer in International Relations and Strategic Studies at Johns Hopkins University's School of Advanced International Studies (SAIS).

I am widely published. Along with a collection of journal articles and edited volumes, I am also the author of *Targeting Terror* (Washington Institute, 2002), *Hamas: Politics, Charity and Terrorism in the Service of Jihad* (Yale University Press, 2006), *Negotiating under Fire: Preserving Peace Talks in the Face of Terror Attacks* (Rowman & Littlefield, 2008) and *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013). A full list of my books, monographs, academic journal articles, policy journal articles, editorials, and policy briefs is available in my professional C.V.

At the Institute my work includes the study of Middle Eastern terrorist groups, front organizations and state sponsors, the logistical and financial support networks that facilitate their activities, and the extremist and militant ideologies that drive their recruitment and radicalization efforts. This includes the study of the Islamic State and its precursor organizations such as the Zarqawi network and al Qaeda in Iraq. In my efforts to study and understand terrorism and militant Islamist ideology I interview experts, officials, academics and others with insight into these issues, both in the United States and Europe and in the Middle East. I engage in private, personal meetings, public conferences, group discussions, and talks that are both on and off the record. I travel to the Middle East regularly, including trips to the Palestinian territories, Israel, Jordan, Egypt, Bahrain, Qatar, Kuwait, Saudi Arabia, the UAE and Turkey. I also attend conferences and academic and professional lectures, and read books, newspapers, academic and policy journals, and research these materials on the internet (including the websites, video and audio clips and images on sites geared towards counterterrorism and those of terrorist groups and their sympathizers as well). These are the standard sources and methods in the academic and policy communities for developing the kind of specialized knowledge and expertise I have accumulated – and for which I have been awarded and commended – in my field.

Compiling information from sources such as these, I study and evaluate the information and data I collect, and write about and lecture on my findings. I engage in regular discussions

with other experts both to compare notes and as a means of affording myself an ongoing process of peer-review and fact-checking. When providing expert testimony in criminal court cases, I also review evidence provided by the prosecution.

The United States Sixth Circuit Court of Appeals has described my research methodology as "the gold standard."[1] And, in a watershed ruling upholding the constitutionality of the material support statute 18 U.S.C. §2339B, the Supreme Court of the United States cited my work twice to support its position.[2]

The awards and honors I have received include:

• Certificate of Appreciation, United States Secret Service, July 2015

• Certificate of Appreciation, U.S. Department of Justice, Federal Bureau of Investigation, March, 2013

• Exceptional Service Award, U.S. Department of the Treasury, January 2007

• Certificate of Appreciation, United States Central Command Directorate of intelligence, February 2006

• Selected by CNN as one of "The 2005 New Guard: Washington's Next Generation of Newsmakers," April 2005

• European Union Visitors Program (EUVP), 2005

• Visiting Scholar, Security Studies Department, the Paul H. Nitze School of Advanced International Studies (SAIS), Johns Hopkins University, March 2003

• U.S. Department of State Speaker and Specialist Grant (2), April 2002 (lectures in Lithuania), and January 2003 (lectures in Austria)

• Letter of Commendation from Deputy Assistant Director (3), Federal Bureau of Investigation, July 2000, August 2000, July 2001

• Performance Awards (2), Federal Bureau of Investigation, December 1999, November 2000

• Special Act or Service Award, Federal Bureau of Investigation, September 1999

• Graduate Research Fellow, The Program On Negotiation at Harvard Law School, 1997-1998

---

[1]    See Sixth Circuit Court of Appeals ruling in US v. Damrah, at http://ftp.resource.org/courts.gov/c/F3/412/412.F3d.618.04-4216 html

[2]    See SCOTUS opinion in Humanitarian Law Project et al v. Holder et al, Pp25-26, at http://www.supremecourt.gov/opinions/09pdf/08-1498.pdf

• International Security Studies Fellow, International Security Studies Ph.D. Dissertation Fellowship, the Fletcher School of Law and Diplomacy, 1996-1997

• International Security Studies Program Graduate Student Research Grant on the Emerging Issues of Ethnic, Sectarian, and Religious Conflict, William H. Donner Foundation, 1996

• Doctoral Scholarship, the Fletcher School of Law and Diplomacy, 1995-1996

• Sarah Scaife Frank Rockwell Barnett Memorial Grant in International Security Studies, The Fletcher School of Law and Diplomacy, 1994 and 1996

In addition to my work at the Institute, I use my specialized expertise to teach and consult, both for the U.S., and other governments and the private sector. I was a member of the Council on Foreign Relations' task force on terrorist financing, and am a member of the international advisory boards for the Institute for Counter-terrorism (ICT) in Israel and the International Centre for Political Violence & Terrorism Research (ICPVTR) in Singapore. I served as an adjunct fellow at the Combating Terrorism Center (CTC) at U.S. Military Academy (West Point), and held a senior fellowship at The George Washington University's Homeland Security Policy Institute. I am a life member of The Council on Foreign Relations, and served a two-year term on the Academic Advisory Board for the publications department of the Emirates Center for Strategic Studies and Research (ECSSR).

I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, countering violent extremism, militant Islam, and terrorist financing. I have also testified before the Canadian Parliament and the European (EU) Parliament on terrorism-related issues. I have been qualified as an expert witness and provided expert testimony in many U.S. federal court proceedings, in several terrorism-related immigration cases in the U.S. and Canada, as well as in terrorism-related cases in France, Denmark, and Scotland.

## IV.    EXPERT OPINIONS

### A.    PFLP Carried out the March 26, 1991, Roadside Shooting Attack

According to several reports at the time and after the fact, the PFLP carried out and claimed responsibility for the March 26, 1991, roadside shooting attack near Dolev, in the West Bank, in which Yair Mendelson was killed.

Within days, the *Jerusalem Post* reported that "the PFLP took responsibility last week for the shooting death of Yair Mendelson, a resident of Dolev, who was shot in his car near Ramallah."[3]  Following that attack, the paper noted, slogans signed by the PFLP appeared on walls in Ramallah saying, "Let us escalate our armed struggle using all means."[4]

---

[3] Jon Immanuel, "Four 'Informers' Killed in Territories," *Jerusalem Post*, April 3, 1991
[4] Ibid.

Three years later, the IPS News Agency ran a story in which the author interviewed Yair Mendelson's wife, Miki Mendelson. The author noted, "Three years ago, her husband, then 31, was shot dead while driving home one night by Palestinians belonging to George Habbash's Popular Front for the Liberation of Palestine (PFLP)."[5]

The American Jewish Committee would also cite the PFLP's responsibility for this attack in its publication *The American Jewish Year Book, 1993*. Under a section documenting terrorist attacks, the author notes that "on March 26, a Jewish resident of the West Bank settlement of Dolev, Yair Mendelson, was ambushed on his way from Ramallah. The Popular Front for the Liberation of Palestine claimed responsibility for the attack."[6]

As Arieh Spitzen notes in his own expert declaration in this case, the PFLP claimed responsibility for this attack in its own published materials, and Israeli police reports also tie this attack to the PFLP.[7]

### B.    PFLP Background

The PFLP was founded by George Habash, a Palestinian doctor, in December 1967, as a breakaway from the Arab Nationalist Movement (ANM) in the wake of the Arab defeat in the Six Day War. Shortly after its establishment in 1968, several splinter groups broke off from the PFLP. For example, Ahmed Jibril broke away from the PFLP and founded the Popular Front for the Liberation of Palestine – General Command (PFLP-GC) in 1968.[8] The PFLP includes a military wing called the Red Eagles, also known as the Red Eagle Group, the Red Eagle Gang, the Halhul Gang, the Halhul Squad, and Palestine Popular Resistance Forces or PPRF.[9] It would later be renamed the Abu Ali Mustafa Brigades, after the PFLP leader who succeeded Habash in 2000 and was killed by Israeli forces in 2001.

According to Human Rights Watch, "the PFLP has not claimed any separation between its military wing and its political leaders."[10] Indeed, as Harold Cubert notes in his book on the PFLP, "the PFLP has given the political apparatus a military structure and considers it a reserve for the military apparatus. Political operatives are expected to carry out military duties as needed."[11]

As a result, Human Rights Watch concluded, PFLP leaders are themselves criminally liable for the group's actions: "As with the other armed Palestinian groups that have

---

[5] Deborah Horan, "Palestine: Jewish Settlements Loom Ominously Over Peace Treaty," Inter Press Service News Agency, December 24, 1994, http://www.ipsnews.net/1994/12/palestine-jewish-settlements-loom-ominously-over-peace-treaty/

[6] Menachem Shalev, *The American Jewish Year Book, 1993* (vol. 93), (American Jewish Committee/Springer, 1993), p. 351, downloaded from JSTOR http://www.jstor.com/stable/23605827

[7] See Declaration of Arieh Spitzen in this case

[8] U.S. State Department, *Country Reports on Terrorism 2007*, published April 2008, https://www.state.gov/documents/organization/105904.pdf

[9] U.S. State Department, *Country Reports on Terrorism 2007*, published April 2008, 268, https://www.state.gov/documents/organization/105904.pdf

[10] "Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians," Human Rights Watch, October 2002, https://www.hrw.org/sites/default/files/reports/ISRAELPA1002.pdf

[11] Harold M. Cubert, *The PFLP's Changing Role in the Middle East* (London: Frank Cass, 1997), p. 124-125

intentionally and repeatedly organized suicide attacks against civilians, persons carrying out attacks on civilians claimed by the PFLP are individually criminally liable for their actions. PFLP leaders are also liable both directly and under the doctrine of command responsibility."[12] By extension, those who provide the PFLP with material support should logically be no less liable.

The PFLP's primary goal is the destruction of Israel and creation of a Palestinian state in its place. The group has secondary goals as well, related both to the group's Marxist-Leninist political orientation and its violent opposition to countries it sees as having helped establish and maintain the State of Israel. Harold Cubert, author of a book about the PFLP, explains:

> The PFLP seeks to restore what it considers to be stolen territory to Palestinian sovereignty, to dismantle the state of Israel, to bring about the return of the Palestinian diaspora to its homeland, and to establish a 'secular democratic state' in Israel's place.

> This is the PFLP's core aim and Israel is its principal adversary. However, the PFLP has also identified its ancillary foes; that is to say, countries which it believes facilitated the establishment of Israel and continue to ensure the Jewish state's survival of the Jewish state [sic] through military and economic aid. The United States is the chief target in this category….

> Other countries in the same category as the United States, but guilty to a lesser degree, including Britain and other western European nations such as France and Germany….[13]

The PFLP would also target Arab government interests as well, especially as its relations with Arab governments deteriorated over time. For the PFLP, "the road to Palestine passed through Amman"— effectively defining "the liberation of Jordan from the Hashemite regime as a prerequisite to the liberation of Palestine."[14] Nor was Jordan the only Arab target of the PFLP's efforts to overthrow a government by force and violence. Consider, for example, the May 31, 1969, PFLP bombing of the Trans-Arabian Pipeline near Quneitra.[15] For that matter, as Cubert notes, "for most of its existence, the PFLP has implemented a policy of targeting for assassination fellow Palestinians whose views and actions are inconsistent with its programme of recovering all Israeli-held territory."[16] In 1997, the year the PFLP was designated a terrorist group as an inaugural member of this new list, the State Department noted the PFLP's targeting not only Israel but moderate Arab states as well: "PFLP has carried out numerous attacks against Israeli or moderate Arab targets, including the killing of a settler and her son in December 1996."[17]

---

[12] "Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians," Human Rights Watch, October 2002, https://www.hrw.org/sites/default/files/reports/ISRAELPA1002.pdf
[13] Cubert, *The PFLP's Changing Role in the Middle East*, p. ix
[14] Avraham Sela, *The Decline of the Arab-Israeli Conflict: Middle East Politics and the Quest for Regional Order* (Albany: State University of New York Press, 1998), Pp. 129-130
[15] Cubert, *The PFLP's Changing Role in the Middle East*, p. 135
[16] Cubert, *The PFLP's Changing Role in the Middle East*, p. 138
[17] U.S. State Department, "Appendix B: Background Information on Terrorist Groups," *Patterns of Global Terrorism: 1997,* published 1998, http://www.state.gov/www/global/terrorism/1997Report/backg html

Soon after its founding the PFLP officially joined the Palestine Liberation Organization (PLO), which was then emerging as the primary umbrella organization for nationalist Palestinian groups committed to "armed struggle" with Israel as the proper strategy to secure Palestinian statehood. The PFLP, an avowedly Marxist-Leninist organization, was the second largest faction within the PLO after the Fatah movement led by Yasser Arafat. Unlike some other Palestinian groups, however, the PFLP "tended to emphasize the integral links binding the Palestinian cause to the broader objective of revolution in the Arab world."[18] To that end, the PFLP advocated for the overthrow of both the Israeli and several Arab governments by force and violence. For the PFLP, the Palestinian struggle was "part of the whole Arab liberation movement and the whole world liberation movement" and the struggle against Israel was "first of all a class struggle."[19]

The PFLP is most famous for pioneering airplane hijackings, which it carried out in the late 1960s and 1970s. According to the U.S. State Department, the PFLP "earned a reputation for spectacular international attacks in the 1960s and 1970s, including airline hijackings that killed at least 20 U.S. citizens"[20] Indeed, the 1970 hijacking of four airplanes to Dawson's Field in Jordan by the PFLP was a turning point in the relationship between the Jordanian government and the revolutionary Palestinian groups then resident in Jordan, including the PFLP, and led to the Jordanian crackdown on PLO associated groups in Jordan called Black September, and the establishment of the Black September Organization (BSO). BSO drew recruits from embittered ranks of PLO constituent organizations that felt their groups were not engaging in enough militant operations, including operatives from Fatah and the PFLP. The effect was that "operationally, Fatah and elements of the Popular Front—differences were buried temporarily—came together in the planning and execution of a series of bloody terrorist coups that would in the minds of many in the West associate Arafat and the PLO leadership with violence and mayhem on a grand scale."[21]

In July 1982, the State Department's Office for Combatting Terrorism issued a report entitled, "Terrorist Skyjackings: A Statistical Overview of Terrorist Skyjackings from January 1968 through June 1982." The reported noted that "The Popular Front for the Liberation of Palestine (PFLP) has attempted more skyjackings than any other group, and its skyjackings have often had major political consequences." From 1968 to 1976, for example, the PFLP claimed responsibility for 13 skyjackings.[22]

Although the PFLP would only be formally designated a terrorist entity many years later when the U.S. State and Treasury Department terrorism lists were founded, the U.S. government

---

[18] William B. Quandt, Fuad Jabber and Ann Mosely Lesch, *The Politics of Palestinian Nationalism* (Berkley: University of California Press, 1973), p. 62

[19] "Platform of the Popular Front for the Liberation of Palestine—PFLP, 1969," in Dr, Mahdi F. Abdul Hadi, editor, *Documents on Palestine, Volume I: From the Pre-Ottoman/Ottoman Period to the Prelude of the Madrid Middle East Peace Conference* (Jerusalem: Palestinian Academic Society for the Study of International Affairs, PASSIA, 1997) Pp. 217-219

[20] U.S. State Department *Country Reports on Terrorism 2007*, published April 2008, http://www.state.gov/s/ct/rls/crt/2007/103714.htm

[21] Andrew Gowers and Tony Walker, *Arafat: The Biography* (London: Virgin, 2003), p. 120

[22] "Terrorist Skyjackings: A Statistical Overview of Terrorist Skyjackings from January 1968 through June 1982," State Department, Office for Combatting Terrorism, July 1982, https://www.cia.gov/library/readingroom/docs/TERRORIST%20SKYJACKINGS%20JAN%5B15515031%5D.pdf

referred to the PFLP as a terrorist group engaged in terrorist attacks—including attacks against Americans—many years earlier.  For example, note a now-declassified note for inclusion in the President's Daily Brief (PDB) for February 18, 1969, which explicitly ties the PFLP to acts of terrorism.  The note underscores the group's refusal to join a "joint military council" with other Palestinian groups for fear that doing so might constrain its ability to act engage in such activities, which it euphemistically refers to as "independent political action."  In the "Middle East" section of the memorandum entitled "Major Problems," the PDB note reads as follows

> Three of the Arab guerrilla organizations, including Al Fatah, announced today formation of a joint military command.  Notable for its absence from the combine, however, was the Popular Front for the Liberation of Palestine (PFLP) which quickly accepted responsibility for yesterday's attack on an El Al airliner in Zurich as well as the hijacking of an El Al plane last summer and the attack on an El Al craft in Athens in December.  The PFLP reportedly stayed out because it did not want to give up independent political action.[23]

Consider also a sampling of attacks tied to the PLO and its constituent group, including Fatah/BSO, listed in a now-declassified CIA Memorandum entitled, "Chronologies of Significant Fedayeen and Non-Fedayeen Terrorist Incidents, 1 January 1968 – 15 October 1973."[24]

| | |
|---|---|
| 18 February 1969 | PFLP Attacked El Al plan at Zurich, crew member wounded; one terrorist killed |
| 25 February 1969 | PFLP claims responsibility for bomb which exploded at British Consulate Jerusalem |
| 28 August 1969 | PFLP hijacked TWA plane; Israeli passengers detained in Damascus |
| 27 November 1969 | PFLP terrorists bombed El Al office in Athens; killed one and wounded 13 others |
| 21 February 1970 | PFLP sabotaged Swissair plane en route to Tel Aviv crashed on take-off killing all 47 passengers, including 15 Israelis |
| 21 February 1970 | PFLP bomb exploded in Austrian plane carrying mail to Tel Aviv; no casualties |
| 8 June 1970 | Morris Draper, US diplomat kidnapped by PFLP in Amman, Jordan |
| 10 June 1970 | Major Robert Perry, US Military Officer, assassinated by PFLP in Amman, Jordan |
| 6 September 1970 | PFLP hijacked a Pan Am 747, a TWA 707 and a Swissair DC-8. The 747 was blown up in Cairo, the 707 and DC-8 were blown up in Jordan |
| 28 November 1971 | Black September Organization (BSO) members assassinated Jordanian Prime Minister Wasfi Tal in Cairo |
| 8 May 1972 | BSO hijacked Sabena plane to Lod Airport, Israel. Israeli security forces killed 3 hijackers; passengers freed. |
| 30 May 1972 | Japanese terrorists from Red Army Faction, collaborating with PFLP, attacked passengers at Lod Airport; 28 killed, 78 wounded |
| 5 September 1972 | BSO terrorists killed 11 members of Israeli Olympic team at Munich |

---

[23] "Late Note for the President's Daily Brief of 18 February 1969," CIA, 19 February, 1969, https://www.cia.gov/library/readingroom/docs/DOC_0005976624.pdf
[24] "Chronologies of Significant Fedayeen and Non-Fedayeen Terrorist Incidents, 1 January 1968 – 15 October 1973," CIA Memorandum, https://www.cia.gov/library/readingroom/docs/DOC_0005764836.pdf

| 3 November 1972 | A French girl, identified as a member of the PFLP, was killed in Amman, Jordan, while handling a bomb. Police reported she had intended to place the bomb in the US Embassy in Amman |
|---|---|

The September 1970 hijackings led to a hostage situation.  The PFLP released most of the 310 hostages, but held on to a group of hostages—mostly Jews and Americans—even after it blew up the airplanes at Dawson's Field in Jordan.  The President's Daily Brief for 7 September 1970 makes clear the U.S. government was aware this act of terrorism was the work of the PFLP, adding that the group had "been involved in a number of similar incidents in the past."[25]  It continued: "The Popular Front for the Liberation of Palestine (PFLP), which has been involved in a number of similar incidents in the past, claimed responsibility for hijacking four aircraft yesterday en route from Europe to New York."[26]  One of these hijacking plots, involving famed PFLP hijacker Laila Khaled, was thwarted in London.  When she was arrested in London, Khaled claimed, "I am the leader of the hijack.  My name is Leila Khaled and [sic] a member of the PFLP and from the unit of Rasmieh Odeh, a Palestinian woman prisoner."[27]

As the hostage situation continued, the President's Daily Brief for September 16, 1970, expressed the concern of U.S. and allied governments regarding the safety of the hostages held by the PFLP.  With Jordan considering "moving toward a confrontation with the fedayeen [PFLP fighters]," the U.S. worried that "large-scale fighting between the army and the Fedayeen could bode ill for the future of the hostages still being held by the PFLP."  The PDB reported that Swiss diplomats feared the hostages "may be taken to particularly dangerous locations to forestall a military move against the [PFLP] commandos," while British officials believed "the PFLP position is likely to toughen with the passage of time and that the PFLP may underscore its demands by hijacking another plan or killing the hostages one by one."[28]

In the case of the Munich Olympic attack (September 1972), it is worth reiterating that the BSO was comprised, in part, of PFLP operatives.  The terrorists in that case killed two hostages and demanded the release of some 234 prisoners held in Israeli jails for the remaining hostages.[29]

Over time, the PFLP would be involved in some of the most famous acts of terrorism around the world, sometimes in collaboration with other Marxist-Leninist groups like the Japanese Red Army Faction and German Baader-Meinhof Gang.  For example, a State Department chronology of significant terrorist incidents includes the June 27, 1976, Entebbe Hostage Crisis in which "Members of the Baader-Meinhoff Group and the Popular Front for the Liberation of Palestine (PFLP) seized an Air France airliner and its 258 passengers.  They forced

---

[25] "President's Daily Brief 7 September 1970," CIA, https://www.cia.gov/library/readingroom/docs/DOC_0005977668.pdf
[26] "President's Daily Brief 7 September 1970," CIA, https://www.cia.gov/library/readingroom/docs/DOC_0005977668.pdf
[27] "'Heading to Haifa: Want to see my home up close': Who is Leila Khaled?" Adonis Diaries, August 3, 2011, https://adonis49.wordpress.com/2011/08/03/heading-want-to-see-my-home-up-close-who-is-leila-khaled/
[28] "The President's Daily Brief 16 September 1970," CIA, https://www.cia.gov/library/readingroom/docs/DOC_0005977684.pdf
[29] Jennifer Latson, "'Murder in Munich': A Terrorist Threat Ignored," *Time*, September 5, 2014, http://time.com/3223225/munich-anniversary/

the plane to land in Uganda. On July 3 Israeli commandos successfully rescued the passengers."[30]

Over the decade spanning 1971-1981, a CIA report stated, the PFLP and several other of the larger Palestinian terrorist groups effectively became "patron state sponsors of international terrorism" themselves. The PFLP and other groups "have provided training, arms, and other logistical support to the entire spectrum of international terrorism," including funneling along Soviet weapons and Syrian and Libyan state support to terrorist groups from Armenia, Germany, The Ireland, Japan, Netherlands, Spain, Turkey, as well as "most Latin American terrorist groups."[31] In fact, according to Charles Allen, the CIA's then-National Intelligence Officer for Counterterrorism, "the noted international terrorist Carlos [Ilich Ramírez Sánchez, aka Carlos the Jackal] is also a member of the PFLP."[32]

The PFLP took no exception to targeting civilian targets, neither in Israel nor abroad. "For the PFLP anything linked to Israel was a target for attack, including hospitals and civilians sites," notes one scholar.[33] PFLP leaders justified spectacular attacks abroad by noting the publicity they brought the group and its cause. In the words of PFLP leader George Habash: "To kill a Jew far from the battlefield has more effect that killing 100 of them in battle; it attracts more attention. And when we set fire to a store in London those few flames are worth the burning down of two kibbutzim."[34]

From 1982 on, the PFLP maintained its headquarters, propaganda offices and training camps in Syria and Syrian-ruled territories in Lebanon (such as the Beqaa Valley), and received safe haven, along with financial and logistical support, from Syria. Syria's support for the PFLP is one of the primary reasons for Syria's presence on the U.S. State Department's list of state sponsors of terrorism for decades. For example, the State Department's annual report on international terrorism, then-called Patterns of Global Terrorism, noted in its 1986 that the PFLP is among the "best known [terrorist] groups linked to Syria."[35] The report goes on to note: "Syria continued to provide weapons, operational bases, safehaven, and terrorist training facilities to a variety of groups," including the PFLP.[36] The report added that "Syria's support of Middle Eastern terrorist groups that operate in Europe, including radical Palestinian factions, has

---

[30] "Significant Terrorist Incidents, 1961-2003: A Brief Chronology," Historical Background, Office of the Historian, Bureau of Public Affairs, U.S. Department of State, https://2001-2009.state.gov/r/pa/ho/pubs/fs/5902.htm

[31] "State Support for International Terrorism, 1985," Central Intelligence Agency, Directorate of Intelligence, May 1986, https://www.cia.gov/library/readingroom/docs/CIA-RDP97R00694R000600100001-3.pdf

[32] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987,
https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf

[33] Daniel Byman, *A High Price: The Triumphs and Failures of Israeli Counterterrorism* (Oxford: Oxford University Press, 2011), p. 41

[34] Daniel Byman, *A High Price: The Triumphs and Failures of Israeli Counterterrorism* (Oxford: Oxford University Press, 2011), p. 45

[35] Patterns of Global Terrorism 1986, U.S. Department of State, January 1988, digitized and made available by the National Memorial Institute for the Prevention of Terrorism (MIPT) located in Oklahoma City, 2005,
https://www.hsdl.org/?abstract&did=481493

[36] Ibid.

long been a contributor to the Middle Eastern spillover problem there.[37]  The State Department's annual terrorism reports reported similar findings through and including 1991, when it noted that the "PFLP receives most of its financial and military assistance from Syria and Libya."[38]  The 1991 report notes that the PFLP's area of operations includes "Syria, Lebanon, Israel, and the occupied territories."[39]  Syria, the 1991 report explained, "continues to allow terrorists to operate within its territory and allows numerous terrorist groups—of both Palestinian and non-Palestinian origin—to have training facilities in the Bekaa region of Lebanon, which is under effective Syrian military control."[40]

### C.    PFLP Goals and Means of Achieving Them

In the words of PFLP founder George Habash, "We will continue struggling to change the political course and steer it in the direction of a patriotic stance which is firm in its hostility to the Zionist entity and imperialism ….  The rifle has paved the way for the stone.  We can never look upon the stone as an alternative to the rifle.  In the same way the rifle has paved the way for the stone, the stone is supposed to pave the way for a new wave of escalated armed struggle."[41]

Committed to its leftist ideology, during the years prior to the 1991 attack the PFLP focused on uniting Palestinian factions around an agenda intent on violent resistance to Israel, release of Palestinian prisoners (including the many PFLP terrorists currently in jail), and Palestinian refugees' "right of return."  The PFLP's 1969 platform confirmed the groups adherence to Marxist principles, asserting that "Conventional War Is the War of the Bourgeoisie; Revolutionary War Is People's War," that "Guerrilla Struggle as a Form of Pressure for the "Peaceful Solution," that "The War of Liberation Is a Class War Guided by a Revolutionary Ideology," and affirming that "The Main Field of Our Revolution Struggle is Palestine."[42]

The PFLP is indeed focused on the Palestinian cause, but it has targeted Western interests in the region as well.  On May 1, 2002, the PFLP detonated a bomb in the garden of the British Council in Gaza City, hours after the transfer of five PFLP terrorists and a PA official to a jail in Jericho (where American and British civilian observers were stationed to verify their continued detention). The bombing, which damaged the Council's door, was claimed by the PFLP in a statement denouncing Britain's role in the incarceration of its members.[43]  According to an account in the Palestinian daily al Hayat al Jadida on August 2, 2001, PFLP politburo member Maher Taher specifically called for attacks targeting America:

---

[37] Ibid.
[38] Patterns of Global Terrorism 1991, U.S. Department of State, April 1992, digitized and made available by the National Memorial Institute for the Prevention of Terrorism (MIPT) located in Oklahoma City, 2005, https://www.hsdl.org/?abstract&did=24360
[39] Ibid.
[40] Ibid.
[41] Quoted in Niel C. Livingstone and David Halevy, *Inside the PLO*, William Morrow and Co, 1990
[42] "Platform of the Popular Front for the Liberation of Palestine (PFLP)," Jewish Virtual Library, http://www.jewishvirtuallibrary.org/jsource/Terrorism/pflpplat.html
[43] Sam Kiley, "Released from Siege, Arafat Attacks 'Bethlehem Atrocities'," *The Evening Standard* (London), May 2, 2002; Yoav Appel, "Palestinian Shot by Troops at Church of the Nativity; Sharon prepares for US Visit," *Associated Press* (May 4, 2002)

We Say to the Arab nation:  Hit American interests and threaten them.  United States is a fundamental enemy which takes part and holds responsibility to the elimination of the Palestinian people and the Palestinian villages.  He asked the Arab countries to take a clear and strict position toward the USA, which is a fundamental enemy of the Palestinian people and the Arab nation.[44]

It should be noted that while the PFLP has not carried out attacks specifically targeting the West since the 1970's, Western intelligence officials remain concerned even now that they could resume such tactics.  On February 6, 2002, Director of Central Intelligence George Tenet testified that if groups like the PFLP, PIJ, or Hamas "feel that U.S. actions are threatening their existence, they may begin targeting Americans directly, as Hizballah's terrorist wing already does."[45]

The PFLP frequently cooperated with other groups to secure logistical and financial support and carry out attacks.  The number of joint attacks the PFLP has executed in cooperation with other groups speaks for itself, as demonstrated in the list of attacks that follows below.  But the PFLP's ties with other groups are extensive and longstanding.  For example, in July of 1995, Hamas leader Mousa Abu Marzook and his family were held for questioning by U.S. immigration authorities when they attempted to reenter the United States after a visit to Jordan. Marzook attempted to conceal a small suitcase and an attaché case from inspectors; when discovered, these were found to include financial and personal records, as well as an address book.  On his wife's person authorities found an address book with contact information for a variety of known terrorists and radicals, including George Habash, head of the PFLP..[46]

As detailed below, the PFLP has long benefited from the support of the Syrian regime..

### D.    Status and Structure

Historically the PFLP only accepted members personally recruited by existing members. "Each cell," *Jane's World Insurgency and Terrorism* reports, "numbering between three and ten members, is responsible for recruiting and training new members."[47]  The PFLP is led by a Secretary General who sits atop a politburo which functions as the group's governing body.[48]

Since the late 1960s the PFLP has  been the second largest non-Islamist Palestinian group after Fatah, though its relative influence in Palestinian politics has been significantly undermined by the dominance of Fatah, the rise of Islamist groups such as Hamas as the main opposition

---

[44] "Palestinians Target America," *Palestinian Media Watch*, September 11, 2001, http://pmw.org.il/terror-110901-2.html

[45] George Tenet, "Worldwide Threat - Converging Dangers in a Post 9/11 World", Testimony of Director of Central Intelligence, Before The Senate Select Committee on Intelligence – February 6, 2002

[46] Affidavit of Joseph Hummel (State of New York, County of New York, Southern District of New York), September 20, 1995, marked pages 0663-0675 of evidentiary material brought in *Stanley Boim et al. v. Quranic Literacy Institute et al.*, Civil No. 00 C 2905 (US District Court, Northern District of Illinois, Eastern Division).

[47] "Popular Front for the Liberation of Palestine (PFLP)," *Jane's World Insurgency and Terrorism,* January 21, 2008, http://www.janes.com/extracts/extract/jwit/jwit0134.html

[48] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994,) 82-89.

force in the Palestinian territories, and the assassination of several PFLP leaders..  Still, the PFLP's assassination of an Israeli cabinet minister in 2001 increased the group's popularity, especially within the circles of Palestinian rejectionists.  According to the U.S. State Department, from at least the mid-1980s through and including 1991, Syria provided "weapons, operational bases, safehaven, and terrorist training facilities" to the PFLP.[49]

Today, the PFLP remains a State Department-designated Foreign Terrorist Organization known to be located and operate in Gaza, Israel, Lebanon, Syria, and the West Bank.

The PFLP is believed to have supporters abroad, including in Europe.  For example, the PFLP's Leila Khaled—charged in Britain for her role in the 1970 hijacking of an El Al airliner but released in exchange for a hostage before going to trial—traveled to London in May 2002, where she openly gave public lectures and media interviews despite the criminal charges still pending against her in British courts. On May 22, Khaled told an audience at the School for Oriental and African Studies at the London School of Economics that "there are no suicide bombers, they are all freedom fighters."[50] She also taunted British authorities in public interviews, saying "if they are prepared to arrest me, I am prepared. My people can answer. We have a lot of supporters here."[51]

While the PFLP has a military wing, the Red Eagles (which operates under other names as well, as noted above), Human Rights Watch (HRW) has noted that unlike other groups "the PFLP has not claimed any separation between its military wing and its political leaders."  As a result, HRW concluded that the persons who carry out suicide and other attacks are criminally responsible for them but "PFLP leaders are also liable both directly and under the doctrine of command responsibility."[52]

### E.    Designations

In 1995, the U.S. Treasury Department designated the PFLP and its leader George Habash on its list of Specially Designated Terrorists under Executive Order 12947 "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process."[53]  In 1997, the State Department designated the PFLP as a Foreign Terrorist Organization (FTO).[54]  It remains on both those lists today. The Canadian government also listed the PFLP as a terrorist organization in November 2003, and reviewed and upheld the designation in November 2018.[55] The European

---

[49] Quote is from Patterns of Global Terrorism 1986, U.S. Department of State, January 1988, digitized and made available by the National Memorial Institute for the Prevention of Terrorism (MIPT) located in Oklahoma City, 2005, https://www.hsdl.org/?abstract&did=481493; see similar conclusions in this annual report for the years 1987-1991 as well, available here: https://www.hsdl.org/?lists&id=2040
[50] Jessica Berry, "Fury Over Hijacker's Visit to Britain," *Daily Telegraph*, May 27, 2002.
[51] Jessica Berry, "Fury over Hijacker's Visit to Britain," *Daily Telegraph*, May 27, 2002.
[52] "Erased in a Moment: Suicide Bombing Attacks Against Israeli Civilians," Human Rights Watch.
[53] "Executive Order 12947 of January 23, 1995, Prohibiting Transactions With Terrorists Who Threaten To Disrupt the Middle East Peace Process," *Federal Register* 60, no. 16 (January 23, 1995): 95–2040, https://www.treasury.gov/resource-center/sanctions/Documents/12947.pdf
[54] U.S. Department of State, "Foreign Terrorist Organizations," Bureau of Counterterrorism, http://www.state.gov/j/ct/rls/other/des/123085.htm
[55] Public Safety Canada, "Popular Front for the Liberation of Palestine (PFLP), *Currently listed entities,* https://www.publicsafety.gc.ca/cnt/ntnl-scrt/cntr-trrrsm/lstd-ntts/crrnt-lstd-ntts-en.aspx

Union also listed the PFLP as a terrorist organization in December 2005, a decision that was reaffirmed in January 2019.[56] The United Kingdom has also listed the PFLP as a terrorist organization.[57] It should not surprise that Israel has long considered the PFLP a terrorist organization.

### F.    Sample PFLP Terrorist Attacks

The PFLP has a long history of carrying out terrorist attacks targeting civilians, including Israelis, Palestinians, and Americans. What follows is a select—by no means comprehensive—sampling of some of these attacks between the 1960s and the 1990s:

**1968**

- July 22, 1968 – Rome, Italy. The Popular Front for the Liberation of Palestine (PFLP) carries out its first hijacking, diverting an El Al flight to Algiers. 32 Jewish passengers are held hostage for 5 weeks.[58]
- December 26, 1968 – Athens, Greece. 1 individual is killed and another is wounded in a shooting attack on an El Al aircraft at the airport, carried out by PFLP.[59]

**1969**

- February 18, 1969 – Zurich, Switzerland. PFLP operatives wound 5 passengers at the Zurich airport. Three operatives are wounded and captured, and one is killed.[60]
- June 20, 1969 – Jerusalem, Israel. PFLP plants three bombs, killing one and wounding five others, including two Americans. The next day, PFLP claims credit for the attack.[61]
- September 8, 1969 – Brussels, Belgium. Three PFLP terrorists throw a grenade into an El Al Airlines office, wounding two people. Two terrorists escape, and the other is arrested.[62]

---

[56] COUNCIL DECISION, Council of the European Union, Decision (CFSP) 2019/25, [2019], https://eur-lex.europa.eu/eli/dec/2019/25/oj
[57] HM Treasury, "Consolidated List of Financial Sanctions Targets in the UK," Office of Financial Sanctions Implementation, February 18, 2019, https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/779688/Terrorism_and_Terrorist.pdf
[58] "PFLP, DFLP, PFLP-GC, Palestinian leftists," Council on Foreign Relations, October 31, 2005, https://www.cfr.org/backgrounder/pflp-dflp-pflp-gc-palestinian-leftists.
[59] Stewart Bell, "After 26-year fight, Canada finally deports Palestinian terrorist convicted of attack on Israeli plane," *National Post* (Toronto), May 13, 2013, https://nationalpost.com/news/canada/after-26-year-fight-canada-finally-deports-palestinian-terrorist-convicted-of-attack-of-el-al-plane.
[60] Imogen Foulkes, "Switzerland 'made secret deal with PLO' after bomb attacks," *BBC News*, January 22, 2016, https://www.bbc.com/news/world-europe-35384354.
[61] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[62] Michael Whine, "Terrorist Incidents against Jewish Communities and Israeli Citizens Abroad, 1968-2003," IDC Herzeliya International Institute for Counter-Terrorism, December 20, 2003, https://www.ict.org.il/Article/893/Terrorist-Incidents-against-Jewish-Communities-and-Israeli-Citizens-Abroad-1968-2003#gsc.tab=0.

- September 8, 1969 – The Hague, Netherlands. One PFLP terrorist throws a grenade at the Israeli Embassy. He is arrested, and no casualties are sustained.[63]
- September 8, 1969 – Bonn, Germany. Two PFLP terrorists throw a grenade at the Israeli Embassy. No casualties are sustained.[64]

**1970**
- March 28-29, 1970 – Beirut, Lebanon. PFLP operatives bomb five U.S. facilities in Lebanon, including the U.S. embassy, heavily damaging the USIS Kennedy Center in Beirut. No casualties are sustained.[65]
- June 7, 1970 – Amman, Jordan. PFLP operatives kidnap U.S. diplomat Morris Draper, demanding the release of 40 prisoners held by the Jordanian government. They release Draper after the government refuses to cede to their demands.[66]
- June 10, 1970 – Amman, Jordan. PFLP terrorists assassinate Assistant US Army Attaché Major Robert Perry as they forcibly enter his home.[67]
- September 6, 1970 – Zarwa, Jordan. PFLP hijacks three airliners holding over 400 passengers, directing them to Dawson's Field, a remote desert airstrip near Zarqa, Jordan. The hostages are released in exchange for terrorists held in Germany, Switzerland, and England. After the planes are emptied, the hijackers blow them up.[68]

**1972**
- May 30, 1972 – Lod, Israel. 24 are killed and 78 others are wounded after PFLP and Japanese Red Army terrorists open fire in the passenger terminal of Lod's international airport.[69]

**1973**
- July 20, 1973 – Amsterdam, The Netherlands. Four PFLP terrorists and a member of the Japanese Red Army hijack Japan Air Lines flight 404 en route to Tokyo from Amsterdam-Schiphol International Airport shortly after its departure, forcing the pilots to fly to Dubai and Damascus. They finally direct the plane to land at Benghazi Airport in

---

[63] Ibid.
[64] Ibid.
[65] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 6, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[66] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 6, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[67] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 6, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[68] "PFLP, DFLP, PFLP-GC, Palestinian leftists," Council on Foreign Relations, October 31, 2005, https://www.cfr.org/backgrounder/pflp-dflp-pflp-gc-palestinian-leftists.
[69] Ibid; "In the Spotlight: Japanese Red Army (JRA)," Center for Defense Information, October 9, 2003, https://web.archive.org/web/20061124224746/http://www.cdi.org/program/document.cfm?documentid=1771&progr amID=39&from_page=..%2Ffriendlyversion%2Fprintversion.cfm&CFID=5968562&CFTOKEN=24431082.

Libya, where all 141 passengers and crew were released, four are arrested, and one PFLP terrorist is killed.[70]

**1974**
- April 11, 1974 – Kiryat Shemona, Israel. 18 individuals, including eight children, are killed when PFLP terrorists detonate their explosives amidst a failed rescue attempt by Israeli authorities.[71]
- May 15, 1974 – Maalot, Israel. 27 individuals are killed, including 21 children, and another 78 are wounded by PFLP terrorists in a school, after an unsuccessful rescue attempt by Israeli authorities.[72]

**1976**
- June 16, 1976 – Beirut, Lebanon. PFLP terrorists kidnap and assassinate U.S. Ambassador to Lebanon Francis E. Meloy Jr., economic counselor Robert O. Waring, and the ambassador's driver/bodyguard. They are found dead with gunshot wounds to the head in a garbage dump near a Beirut beach.[73]
- June 27, 1976 – Entebbe, Uganda. An Air France airliner is hijacked by a joint German/PFLP terrorist group, which diverts the flight to Entebbe airport. About 258 passengers and crew are held hostage until all non-Israeli passengers are released. On July 4, 1976, Israeli commandos fly to Uganda and rescue the remaining hostages. All the terrorists are killed, as well as three passengers and operation leader Lieutenant-Colonel Yonatan Netanyahu.[74]
- August 11, 1976 – Istanbul, Turkey. PFLP and Japanese Red Army terrorists kill four individuals, including one U.S. citizen, and wound 17 others boarding an El Al flight from an Istanbul airport to Israel.[75]

**1977**

---

[70] "The Skyjackers Strike Again," *Time Magazine*, July 30, 1973, http://content.time.com/time/magazine/article/0,9171,907619,00.html; "In the Spotlight: Japanese Red Army (JRA)," Center for Defense Information, October 9, 2003, https://web.archive.org/web/20061124224746/http://www.cdi.org/program/document.cfm?documentid=1771&program.ID=39&from_page=..%2Ffriendlyversion%2Fprintversion.cfm&CFID=5968562&CFTOKEN=24431082.

[71] "Massacre of 18 in Kiryat Shemona Continues to Provoke Indignation," *JTA News Bulletin*, April 18, 1974, http://pdfs.jta.org/1974/1974-04-18_075.pdf?_ga=2.58189998.566645618.1555095630-681248010.1551282934.

[72] Israel Ministry of Foreign Affairs, "1967-1993: Major Terror Attacks". https://mfa.gov.il/mfa/aboutisrael/maps/pages/1967-1993-%20major%20terror%20attacks.aspx.

[73] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 6-7, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.

[74] "PFLP, DFLP, PFLP-GC, Palestinian leftists," Council on Foreign Relations, October 31, 2005, https://www.cfr.org/backgrounder/pflp-dflp-pflp-gc-palestinian-leftists.

[75] Israel Ministry of Foreign Affairs, "1967-1993: Major Terror Attacks"; Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 7, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.

- October 13, 1973 – Mogadishu, Somalia. With the help of German terrorists, PFLP operatives hijack Lufthansa Flight 181 en route from Palma to Frankfurt, carrying 82 passengers, most of whom are West German citizens. They divert the plane to Rome, Larnaca, Bahrain, Dubai, Cologne, and then Yemen, where they murder the captain before continuing to Mogadishu. Four days later, West German commandos launch an operation, killing three of the terrorists and arresting a fourth.[76]

**1979**

- April 16, 1979 – Brussels, Belgium. PFLP terrorists launch a failed attempt to hijack an El Al plane at Zaventem airport. After the terrorists are prevented from approaching an arriving plane, they change approaches, and throw grenades and a gasoline bomb in a crowded arrival area, wounding five Belgians. They then enter an airport restaurant, shooting and wounding seven more. Two attackers are captured by authorities in the restaurant.[77]

**1984**

- April 1, 1984 – Galilee, Israel. PFLP fires two rockets from Lebanon towards an Israeli civilian community in the Galilee.[78]
- April 12, 1984 – Ashkelon, Israel. PFLP hijackers carrying grenades and Molotov cocktails board an intercity bus en route from Tel Aviv to Ashkelon with 41 passengers on board, forcing the bus to redirect towards the Egyptian border. They kill one Israeli passenger and injure eight others, before Israeli soldiers storm the bus, freeing the hostages.[79]

**1985**

- May 6, 1985 – West Bank, Israel. PFLP remotely detonates a pipe bomb targeting an Israeli bus in the West Bank. No casualties are sustained.[80]

**1986**

- January 12, 1986 – Galilee, Israel. PFLP claims responsibility for the murder of an Israeli policeman in the Galilee.[81]

---

[76] "4 Days of Fear, Then 7 Minutes For the Rescue," *New York Times*, October 19, 1977, https://www.nytimes.com/1977/10/19/archives/4-days-of-fear-then-7-minutes-for-the-rescue-thursday-oct-13 html.
[77] George H.W. Bush, *Terrorist Group Profiles*, (Washington, Vice President's Task Force on Combatting Terrorism, 1988), 25, https://www.hsdl.org/?view&did=716885
[78] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 7, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[79] George H.W. Bush, *Terrorist Group Profiles*, (Washington, Vice President's Task Force on Combatting Terrorism, 1988), 26, https://www.hsdl.org/?view&did=716885; Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 7, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[80] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 7-8, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.

- March 2, 1986 – Nablus, West Bank, Israel. PLFP murders Palestinian mayor Zafer al-Masri in Nablus, claiming he was killed for cooperating with the "Zionist-Jordanian plan aimed at liquidating the Palestinian cause."[82]
- July 10, 1986 – Northern Coast, Israel. A joint PFLP-Syrian Social Nationalist Party (SSNP) squad attempts a raid, probably on an Israeli sea resort town of Nahariya, from sea by rubber dinghy. The attack is foiled by the Israel Defense Forces; all four terrorists are killed, in addition to two Israeli soldiers. Nine other soldiers are injured. Large quantities of weapons and sabotage materials reportedly related to the attack are also discovered at the alleged landing site.[83]
- November 15, 1986 – Jerusalem, Israel. Three PFLP operatives stab an Israeli student in Jerusalem's Old City.[84]

**1987**

- May 1987 – Metullah, Israel. PFLP claims responsibility for a rocket attack on Metullah, Israel.[85]

**1990**

- August 1990 – Nablus, West Bank, Israel. The Red Eagles, an armed group associated with PFLP, kills a Palestinian lawyer in Nablus for alleged collaboration with Israeli authorities.[86]
- November 1990 – Southern Lebanon. PFLP operatives clash with the Israel Defense Forces in in Southern Lebanon. 5 Israeli soldiers and 2 PFLP members are killed.[87]

---

[81] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 8, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[82] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 8, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[83] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 8, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf; Thomas L. Friedman, "Israel Intercepts Raiders at Sea; 6 Dead in Fight," *New York Times*, July 11, 1986, https://www.nytimes.com/1986/07/11/world/israel-intercepts-raiders-at-sea-6-dead-in-fight.html.
[84] Itamar Sharon, "Terrorist wanted by Israel murdered at Palestinian Embassy in Bulgaria," *Times of Israel*, February 26, 2016, https://www.timesofisrael.com/terrorist-wanted-by-israel-killed-inside-palestinian-embassy-in-bulgaria/; Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987, 8, https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf.
[85] George H.W. Bush, *Terrorist Group Profiles*, (Washington, Vice President's Task Force on Combatting Terrorism, 1988), 26, https://www.hsdl.org/?view&did=716885.
[86] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 87.
[87] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 87.

**1991**

- February 1991 – Jerusalem, Israel. A PFLP operative stabs and kills an Israeli student in Jerusalem.[88]
- March 26, 1991 – Dolev, West Bank. PFLP murders Yair Mendelson in a roadside shooting on his drive home to Dolev.[89]
- October 1991 – Nablus, Israel. PFLP kills two and wounds five others in an attack on a bus traveling from Nablus to Ramallah.[90]

**1993**

- March 12, 1993 – Gaza Strip. The Red Eagles, an armed group associated with PFLP, kills Simcha Levy, an Israeli who shuttles Palestinian workers from the Gaza Strip to Israel proper, by hacking her to death with an axe.[91]
- October 9, 1993 – Wadi Kelt, Israel. PFLP claims responsibility for the murder of Israeli hikers Dror Forer and Aran Bachar in the Judean Desert.[92]
- October 12, 1993 – Southern Lebanon. Israeli forces kill three PFLP members attempting to infiltrate Israel's "security zone" in southern Lebanon.[93]
- December 31, 1993 – Ramle, West Bank. Two Israelis, Chaim Weizman and David Bizi, are found murdered in a Ramle apartment. The Red Eagles, an armed group associated with PFLP, claims responsibility for the attack by leaving a leaflet at the scene.[94]

**1994**

- January 8, 1994 – Gaza Strip. Two Palestinians die in shootout between PFLP and pro-Arafat forces in Gaza.[95]
- January 12, 1994 – Rishon Le-Zion, Israel. Israeli Moshe Becker is murdered by three of his Palestinian employees in his orchard. PFLP claims responsibility for the murder.[96]
- March 23, 1994 – Jerusalem, Israel. PFLP murders an Israeli civilian near Jerusalem's Damascus Gate.[97]

---

[88] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 87.

[89] "Palestine: Jewish Settlements Loom Ominously Over Peace Treaty," Inter-Press Service News Agency, December 24, 1994, http://www.ipsnews.net/1994/12/palestine-jewish-settlements-loom-ominously-over-peace-treaty/.

[90] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 87.

[91] "2 More Deadly Attacks in Israel Prompt a Call to Carry Firearms," Jewish Telegraphic Agency, March 15, 1993, https://www.jta.org/1993/03/15/archive/2-more-deadly-attacks-in-israel-prompt-a-call-to-carry-firearms.

[92] "Fatal Terrorist Attacks in Israel (Sept 1993-1999)," Israel Ministry of Foreign Affairs, September 24, 2000, https://mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/fatal%20terrorist%20attacks%20in%20israel%20since%20the%20dop%20-s.aspx.

[93] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 88.

[94] "Fatal Terrorist Attacks in Israel (Sept 1993-1999)," Israel Ministry of Foreign Affairs, September 24, 2000, https://mfa.gov.il/mfa/foreignpolicy/terrorism/palestinian/pages/fatal%20terrorist%20attacks%20in%20israel%20since%20the%20dop%20-s.aspx.

[95] "Chronology: 16 November 1993-15 February 1994," *Journal of Palestine Studies*, XXIII, no. 3 (Spring 1994), 162-182.

[96] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994), 88.

[97] Ibid.

- July 17, 1994 – Rosh Hanikra, Israel. Soldiers on an Israel Defense Forces naval patrol boat shoot two PFLP frogmen dead and wound and capture a third off the Israeli coastal city of Rosh Hanikra.[98]

**1996**
- December 11, 1996 – Ramallah, West Bank. PFLP claims responsibility for the shooting of an Israeli woman and her son on a highway near Ramallah.[99]

### G.    Syrian Sponsorship of Terrorism and Support to the PFLP

Syria has provided a wide array of material support to the PFLP over the course of many years since the group's founding in the 1960s.  In 1969, for example, PFLP operative Leila Khaled hijacked a TWA flight and diverted the plane to Damascus.  She gave Syria control of the hostages, and Syria released the non-Israeli passengers but held on to two Israeli citizens who were only released several months later in a prisoner swap.[100]

While there have been periods of tension between Syria and the PFLP, Damascus still allowed the PFLP to launch operations from its territory and those ties mended in full over time. For example, according to a 1968 U.S. intelligence report, "PFLP terrorists reportedly trained with Fatah members at Harasta in Syria until March 1968, when George Habbash and other PFLP/ANM leaders were arrested by the Syrian government on charges of plotting to overthrow the regime."  They were later released, and ties improved once more, but even in the interim, the report noted that despite Syrian unease over possible Israeli reprisal strikes the fact is that "Operations are still being mounted from Syria, however, using a no-man's land area between the Israeli-occupied Golan Heights and the Syrian Army defense lines."[101]

Over the years, the U.S. intelligence community documented Syrian support for Palestinian terrorism in general, and the PFLP in particular.

In January 1981, the Central Intelligence Agency (CIA) issued a report on "The Supporters of International Terrorism."  The section on Syria states the following:

> As a major promoter of the Palestine Liberation Organization (PLO), Syria has played an increasingly important role in Palestinian activities.  It has backed radical elements within the PLO, including the PFLP," among other groups.[102]

---

[98] Ibid.

[99] Israel Ministry of Foreign Affairs, "TERRORIST ATTACK IN BEIT EL-SELECTED ARTICLES-12-Dec-96," Press Release, December 12, 1996, https://mfa.gov.il/mfa/mfa-archive/1996/pages/terrorist%20attack%20in%20beit%20el%20-%20selected%20articles%20-.aspx.

[100] Daniel Byman, A High Price: The Triumphs and Failures of Israeli Counterterrorism (Oxford, UK: Oxford University Press, 2011), p. 41

[101] "Anti-Israel Arab Terrorist Organizations," Weekly Summary Special Report, Central Intelligence Agency, Directorate of Intelligence, October 4, 1968, https://www.cia.gov/library/readingroom/docs/CIA-RDP79-00927A006700010004-6.pdf

[102] "The Supporters of International Terrorism," Central Intelligence Agency, National Foreign Assessment Center, January 29, 1981, https://www.cia.gov/library/readingroom/docs/CIA-RDP84B00274R000100040012-9.pdf

Writing in May 1986, a CIA intelligence report on "State Support for International Terrorism, 1985" noted an increase in Syria's state-sponsorship of terrorism: "Syria in 1985 continued its role as a significant patron of international terrorism.  No attacks involved Syrian personnel directly, but the number of attacks carried out by groups operating with Syrian support increased, compared with 1984."  And, the report predicted, "Assad will probably continue to encourage the selective use of terrorism when he believes it will advance his political fortunes."  The reason, the report goes on to explain, is simple: "Support for terrorist groups costs Syria little but raises the cost to participants of any peace initiative that excludes Damascus and serves to keep Assad's regional rivals off balance."[103]

The report continues, noting that "the greater use of surrogates by Damascus reflects Assad's desire to mask Syria's role in terrorist attacks and to obtain leverage over the groups he supports.  Damascus enables terrorist groups to use Syrian or Syrian-controlled territory for base camps, training facilities, and political headquarters and provides arms, travel assistance, intelligence, and probably money."[104]

And while the CIA noted it was not sure if Syrian officials approved attacks on U.S. facilities, the agency assessed that "Syrian support for its surrogate groups in Jordan and Lebanon and for Shia groups in Lebanon has made Damascus party to bombings of US facilities."  The CIA concluded: "We do not believe that President Assad is intent on targeting US personnel and facilities directly, but we believe that he would take advantage of the anti-American militancy of these groups to encourage attacks against the United States if he perceived they served Syrian interests."[105]  Interestingly, a July 1983 U.S. intelligence report did note "reports of Syrian involvement in attacks and operations against US nationals and facilities."[106]

In a December 1987 report, the CIA further explained why the Syrian government sponsored and promoted Palestinian terrorist groups:

> Although Syria's economic distress has weakened its ability to use conventional military forces against Israel, [Hafez] Assad's resolve to maintain pressure on Israel may even be stronger.  His means include the use of low cost terrorist tactics and the creation of a credible strategic deterrent in the form of chemical weapons production.[107]

The CIA report goes on to explain that Syrian sponsorship of recent attacks at or near the Israeli border "again demonstrate that Damascus perceives surrogate attacks as a particularly useful means of keeping pressure on Israel at a time when conventional military action is deemed too risky or costly."[108]  In fact, the report concludes, "Assad probably views Syrian-sponsored

---

[103] "State Support for International Terrorism, 1985," Central Intelligence Agency, Directorate of Intelligence, May 1986, https://www.cia.gov/library/readingroom/docs/CIA-RDP97R00694R000600100001-3.pdf
[104] Ibid.
[105] Ibid.
[106] "Syrian Role in Middle East Terrorism," July 7, 1983 (Author and agency unknown, retrieved from CIA FOIA website  https://www.cia.gov/library/readingroom/docs/CIA-RDP85M00363R001202830003-7.pdf
[107] "Syria After Amman: The Threat to Israel [redacted]," Central Intelligence Agency, Directorate of Intelligence, December 4, 1987, https://www.cia.gov/library/readingroom/docs/CIA-RDP90T00114R000700760001-8.pdf
[108] Ibid.

Palestinian attacks against Israeli forces in southern Lebanon or Israel as the most effective means of asserting Syria's leading role in the Arab struggle with Israel."[109]

Just a few months prior to the release of this then-classified report, in July 1987, the CIA's National Intelligence Officer for Counterterrorism, Charles E. Allen, submitted an unclassified affidavit to a U.S. immigration court related to a case in which the U.S. government was seeking to deport several accused PFLP members. In his affidavit, Allen informed the court that "Syria is currently the PFLP's primary supporter," adding that "the PFLP is headquartered in Damascus and the bulk of its apparatus is located in Syria or on Syrian-controlled territory in Lebanon."[110] Allen noted that the PFLP's close ties to Syria had cooled recently, due to the PFLP fighting against Syrian-backed Shia militants in Lebanon, but that the PFLP's "reliance on Syrian support and the logistical superiority of an operational base in Syria will militate against a complete voluntary military withdrawal" of PFLP forces from Syria."[111] Indeed, the PFLP and Syria were able to mend ties and their close relationship persists to today.

In a 1991 study, Israeli scholar Boaz Ganor noted that the PFLP "numbers a few hundred terrorists arranged in military units with bases in Syria and Lebanon." The group shares Syria's opposition to Israel, and therefore "often found itself cooperating with Syria and the pro-Syrian organizations in the diplomatic and military domains."[112] A 1994 study by Professor Yonah Alexander notes that the PFLP was headquartered in Damascus and that several of the group's key leaders, including the then-military official Abu Ahmed Fuad, were therefore also based in Damascus. Most of the PFLP's financial assistance and military support, Alexander found, came at the time from Syria and Libya.[113]

Over the years, the State Department's annual report on global terrorism has documented that Syria provided "weapons, operational bases, safehaven, and terrorist training facilities" to the PFLP.[114] Georgetown University security studies scholar Daniel Byman notes that Syria has provided "political and material support to numerous Palestinian rejectionist movements," including the PFLP. Byman notes that "The sanctuary these groups find in Syria, even though Damascus itself is often not directly involved in their actions, allows them to coordinate their activities, organize, and otherwise operate with little interference."[115]

[109] Ibid.
[110] Affidavit of Charles E. Allen, National Intelligence Officers for Counterterrorism, Central Intelligence Agency, In Matters of Khader Musa Hamid (A-19262560) and Michele Ibrahim Shehadeh (A-30660528), United States Immigration Court, Los Angeles, California, July 22, 1987,
https://www.reaganlibrary.gov/sites/default/files/digitallibrary/smof/counterterrorism/r7/terrorismgroups-pflp.pdf
[111] Ibid.
[112] Boaz Ganor, "Syria and Terrorism," *Survey of Arab Affairs*, vol 26, November 15, 1991, Jerusalem Center for Public Affairs, http://www.jcpa.org/jl/saa26 htm
[113] Yonah Alexander, *Middle East Terrorism: Selected Group Profiles*, (Washington, Jewish Institute for National Security Affairs, 1994,) 82-88.
[114] Patterns of Global Terrorism 1986, U.S. Department of State, January 1988, digitized and made available by the National Memorial Institute for the Prevention of Terrorism (MIPT) located in Oklahoma City, 2005, https://www.hsdl.org/?abstract&did=481493
[115] Daniel Byman, "Confronting Syrian-Backed Terrorism," *The Washington Quarterly*, 28:3, pp. 99-113 https://www.brookings.edu/wp-content/uploads/2016/06/20050622.pdf

Investigations by Israeli authorities underscore their American counterparts' assessments regarding Syrian support for the PFLP. Consider the case of Abdel Rahim Malouh, Deputy Secretary General of the PFLP who was arrested by Israeli authorities in 2002. According to his statement to Israeli Police, Malouh joined the PFLP in 1968 while in Jordan, and later moved to Lebanon. In 1982, he moved from Lebanon to Syria where he lived for seven years.[116]

But beyond his own time spent in Syria, Malouh told Israeli Police, when asked about PFLP officials in Syria, that "the military leader is a person by the name of Abu Ahmad Fuad Maragha, and he is originally from Silwan." Asked who is responsible for PFLP finances, Malouh replied: "Abu Ali Hasan-al-Mukhtar, and he lives in Damascus."[117]

In short, the PFLP's close ties to Syria long both pre-date the March 26, 1991 attack. This included material support—including financing, military training, safe haven, and a welcome headquarters in Damascus—as well as allowing the group's terrorist commanders to facilitate and oversee terrorist operations in Israel from the safety of their safe haven in Damascus, beyond the reach of Israeli security agencies.

## H.     The Importance of Syrian State Sponsorship for the PFLP

The cost of running a terrorist group like the PFLP encompasses interdependent but separate operational, political, and management expenses. Without the significant funding it needs to carry out its terrorist, political, and other activities—which are interdependent and mutually reinforcing endeavors—a terrorist group like the PFLP could not function. Syria, as detailed above, plays a critical role in funding, providing material support for the PFLP and its terrorist operatives.

Syrian funding goes a long way towards helping the PFLP bear the significant financial burden of underwriting its operations. Operational costs include entities like weapons and ammunition, explosive precursors, chemicals for bombs and poisoning, safe houses, communications, travel, transportation, bribes, intelligence payments, and training. They are contingent on political and other support costs, including such expenditures as propaganda, print collateral, and political campaigns in the political realm and salaries, overhead, payments to orphans and widows, education, health, and food in the social welfare service domain. Administrative costs like salaries are far more expensive than purely operational costs, accounting for large-scale and long-term infrastructure investments. This infrastructure forms the foundation not only for the PFLP's political and social but also its guerilla and terrorist activities as well. And, money being fungible, the funds raised by and for its political and administrative activities also free up funds for the group to spend on terrorist activities.

Speaking before a gathering of G-7 finance ministers in February 2005, U.S. Treasury Undersecretary John Taylor highlighted the critical role that combating terror-financing plays in undermining terrorist groups' long-term capabilities. "By breaking the financial backbone of terrorist groups and insurgents," he said, "we can encumber and thwart their short-term

---

[116] Israel Police Statement of Abd al-Rahim Abu Malouh, 7/2/2002
[117] Israel Police Statement of Abd al-Rahim Abu Malouh, 7/2/2002

ambitions while rupturing their long-term agendas. Choking off funds that aid terrorists can lead to the ultimate ruin of terrorist organizations."[118]

While it is true that any given terrorist attack may be relatively inexpensive, the actual funding of discrete operations accounts for a small fraction of a terrorist group's expenses. Bullets and bombs are cheap, and a suicide bombing can cost as little as a few thousand or even a few hundred dollars. But this manner of accounting neglects to account for the high cost of maintaining the financial and logistical support network that terrorists carrying out such attacks must draw upon time and again. Terrorist organizations incur many long-term costs, including renting safe houses, buying loyalties, maintaining the physical infrastructure of their networks, paying member salaries, printing posters and banners, and other costs.

As a U.S. General Accounting Office report found, the cost of funding an actual operation accounts for "a small portion of the assets that terrorist organizations require for their support infrastructure such as indoctrination, recruitment, training, logistical support, the dissemination of propaganda, and other material support."[119] Indeed, Syria's provision of a safe haven to the PFLP—where it was able to maintain headquarters for its leadership and operate freely—helped facilitate the group's terrorist attacks. Syrian support for the PFLP, therefore, has been critical to the group's ability to carry out its terrorist activities.

## V.    **CONCLUSION**

Syria's decades-long provision of material support to the PFLP in the years prior to the March 26, 1991, attack in which Yair Mendelson was killed, directly contributed to the group's organizational and operational ability, circa 1991, to carry out such a terrorist attack.

I declare under penalty of perjury that the foregoing is true and correct:


_____          _____
Dr. Matthew Levitt                                               9/15/20
                                                                       Date


---

[118] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 53.

[119] Matthew Levitt, *Hamas: Politics, Charity, and Terrorism in the Service of Jihad*, (New Haven: Yale University Press), 54.