UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al., )
                                )
            Plaintiffs,          )
                                )
       v.                        )   Civ. No. 08-cv-00496 (RJL)
                                )
                                )
SYRIAN ARAB REPUBLIC, et al.,   )
                                )
            Defendants.          )

### DECLARATION OF AVI HAR ZAHAV

I, the undersigned, Avi Har Zahav, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a graduate of the Law Faculty of Bar Ilan University in Ramat Gan, Israel, and have been a licensed attorney in Israel and a member in good standing of the Israel Bar since 1984. I am Israeli counsel for plaintiffs Miriam Mendelson Miller and Elizabeth Har Zahav (and the husband of the latter).

2. In 2012, I requested and received from the National Headquarters of the Israel Police a copy of the police investigatory file for the March 26, 1991 shooting attack in which Yair Mendelson was killed. That file is designed by the Israel Police as File Number 915/91 (Ramallah Station). (Below: "Police File").

3. Among the documents in the Police File were:

   a. A crime scene report, dated May 20, 1991, captioned "The Murder of Yair Mendelson, A-Tira – Ein Qinya Road" (below: "Crime Scene Report"); and

   b. An internal Israel Police telegram, dated June 3, 1991, discussing the results of ballistics tests performed on various weapons (below: "Ballistics Telegram").

True copies of these documents are attached hereto, along with English translations prepared by a professional translator, Mr. Yaniv Berman.

1



4. As its name implies (and at the risk of stating the obvious) the Israel Police is the State of Israel's national police department, and is an entity required and authorized under Israeli law to investigate crimes such as the March 26, 1991 attack. As part of this legal mandate and duty, and among its other methods, the Israel Police performs forensic, crime scene, and ballistic investigations and tests, and generates reports, communications and other documents reflecting its findings and observations. Thus, the Crime Scene Report and the Ballistics Telegram are documents created by the Israel Police pursuant to its legally authorized investigation of the March 26, 1991 shooting attack, and reflect matters observed while under a legal duty to report.

5. As noted, the Crime Scene Report and the Ballistics Telegram were included in the copy of the Police File produced to me by the Israel Police, which is exactly where one would expect to find such documents. These two documents are physically well-preserved and legible, and appear in every respect completely typical of Israeli police documents of this type and time period (i.e., the early 1990s), which I have viewed and handled numerous times in my professional career.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2020.

Avi Har Zahav

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SHABTAI SCOTT SHATSKY, et al.,      )
                                    )
                    Plaintiffs,     )
         v.                         )     Civ. No. 08-cv-00496 (RJL)
                                    )
                                    )
SYRIAN ARAB REPUBLIC, et al.,       )
                                    )
                    Defendants.     )
_____)

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Hebrew and English fluently, and I am capable of translating accurately between Hebrew and English.

2. The English-language text attached hereto captioned "***National Headquarters/Investigations Division***" is a full and accurate translation of the Hebrew-language document that follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 15, 2020

_____
Yaniv Berman



National Headquarters/Investigations Division
Forensics Department
Jerusalem, 7 Sivan, 5751
May 20, 1991
1017/91     -     0104/ZS

<u>Investigations Division Officer for the Judea District</u>
<u>The Director of the Forensics Laboratory</u>
<u>Regional Support Section Head</u>

<u>Re: The Murder of Yair Mendelson, A-Tira – Ein Qinya Road</u>
Ref. No. Police File 915/91 Ramallah Station

<u>Background</u>
On March 26, 1991, at approximately 9:15 PM, the Ramallah police received a message from sources in the IDF (Binyamin Regional Brigade's Operations) on gunfire directed at an Israeli vehicle, which occurred at approximately 8:15 PM on the A-Tira – Ein Qinya road. The driver of the vehicle, who was no longer alive, was taken to the Shamgar Funeral Home in Jerusalem. Police officers from the Ramallah station arrived on the scene and launched an investigation. A mobile laboratory was summoned to the scene.

<u>Actions and Findings</u>
1. On March 26th, 1991, at approximately 11:05 P.M., I arrived at the site of the incident, where I met the head of the Investigations Department at the Ramallah Station, Chief Inspector Sami Bad'an, who gave me the background details written above.
2. The location of the incident is a road bend on the A-Tira – Ein Qinya road, approximately 1.4 kilometers east from the center of the village of Ein Qinya. A hill overlooks the road bend to the east, on both the eastern and the western side of the bend, and the bottom of the hill is covered in thick thorny burnet. The area farther up the hill is exposed earth and rocks. Large rocks are scattered around the peak of the hill. A wadi lies to the west and to the north of the road bend. The bend is located within an east-to-west slope, and is horseshoe-shaped, with two nearly parallel road segments. The eastern stretch of the road in the bend is approximately 2.5 meters higher than the western road. Low vegetation and rocky ground are found between the two road segments in the bend (see the attached map and photographs 1,4 and 11).
3. On the western stretch of the aforementioned road bend, I observed Yair Mendelson's car, a Peugeot, license plate number 5111581, standing in the left-hand margin of the road. The left-front part was stuck in the vegetation (photographs 2,3,4,5,6,7).
    Upon examining the vehicle, I made the following findings:
    a) The headlights were on (photograph 4).
    b) The gearshift was positioned in second gear.
    c) The handbrake was released.

Case 1:08-cv-00496-RJL   Document 49-3   Filed 09/15/20   Page 5 of 18



- 2 -

<ol>
<li value="3"></li>
</ol>

    d) A key was inside the ignition switch, which was in the "off" position (circle A in photographs 8,9).
    e) Spatters suspected of being blood spatters on the front console (circle B in photographs 8,9).
    f) A bone fragment was located on the front-left floor mat (circle C in photographs 8,9).
    g) Eyeglasses were located on the front-left floor mat (circle D in photographs 8,9).
    h) A skullcap and drops of a substance suspected of being blood were located on the front-right floor mat (photograph 10).

4. An examination of the hill overlooking the road bend from the east revealed the following findings:
    a) 19 rifle [bullet] casings dispersed over an approximately 2.5-meter radius up the western slope of the hill, approximately 15 meters from the road bend (photographs 11, 12, 13, 14).
    b) A small casing on the top of the hill, approximately 25 meters from the road bend (photographs 15,16).
    c) A rifle [bullet] casing on the hilltop, one meter away from the casing mentioned in paragraph 4(b).
    d) A cigarette butt with an orange filter on the western slope of the hill, approximately 15 meters away from the road bend (photographs 17, 18).
    e) 3 cigarette butts on the hilltop, approximately 25 meters away from the road bend (photographs 19, 20, 21).
    f) Two shoeprints on the hilltop, approximately 30 meters from the road bend (photographs 22, 23).

5. On March 27, 1991, at approximately 9:25 AM, I observed the body of Yair Mendelson at the Shamgar Funeral Home, in Jerusalem. The body was dressed in green underpants, a striped, long-sleeved shirt and a torn blue sweater (photographs 24, 25, 26).

Upon examining the body, I made the following findings:
    a) A wound which appears to be a bullet entrance hole, on the left superior dorsal side of the skull (photographs 27, 28, 29).
    b) A long fissure in the superior ventral part of the skull. The fissure begins a bit to the right of the center of the skull, and ends above the left brow (I also observed that a skull bone was missing in this region, and bits of brain matter could be observed poking out within the hair of the glabella. This wound seems to have been inflicted as a result of the exit of the bullet mentioned in paragraph 5(a) (photographs 30, 31, 32).
    c) A wound which appears to be a bullet entrance hole on the left hip, on the dorsal side (photographs 33, 34, 35).
    d) A wound which appears to be the bullet exit hole in the lower stomach area, a bit to the right of the center of the belly (photographs 36, 37, 38).

6. On March 27, 1991, at approximately 12:00 PM, I conducted a second visit to the crime scene at the road bend located approximately 1.4 kilometers to the east of the center of the Ein Qinya village. When examining the western slope of the hill overlooking the road bend, I observed two punctured rifle [bullet] casings.

M 3189                                                            DM YM 150,000 (3 91) 90/98759



- 3 -

7. On March 28, 1991, at approximately 10:30 AM, in the courtyard of the National Headquarters, I examined a Peugeot 305 vehicle bearing license plate number 5111581, which Yair Mendelson had driven when he was shot, on March 26, 1991 (photographs 39, 40, 41).

Upon examining the vehicle, I made the following findings:

a) The front-left tire was deflated (photographs 41, 42).
b) A bullet entry hole was located in the middle left-side window, about 127 centimeters above the ground, which was apparently the bullet that struck the head of the deceased (photographs 42, 43).
c) An entry hole of a bullet fired from back to front, at a sharp angle with respect to the vehicle, and continuing into the back of the front-left seat was observed in the back left door, approximately 70 centimeters above the ground. This bullet is apparently the one that struck Mendelson in the left hip (photographs 42, 44, 66, 67, 68).
d) A bullet entry hole, fired at a point to the back and top toward the bottom, was observed in the front left door, near the front left wing, at a height of 46 centimeters from the ground (photographs 45, 46).
e) A bullet entry hole was observed 22 centimeters away from the hole mentioned in paragraph 7(d), toward the center of the door, at a height of 38 centimeters from the ground (photographs 45, 47).
f) A bullet entry hole was observed in the right rear headlight, at a height of 83 centimeters, fired at a point to the right of the vehicle toward the left. The bullet continued into a blue toolset located in the trunk (photographs 48,49,50,69,70).
g) A bullet entry hole fired from back to front was observed in the read right wing, near the gas tank door, at a height of 66 centimeters from the ground (photographs 51, 52 circle 6).
h) A bullet entry hole, fired from back to front, was observed in the middle-right window, at a height of 98 centimeters. The bullet continued into the panel separating the front-right window and the front-middle window (photographs 51, 53, 71 circle 7).
i) A bullet entry hole was found in the panel between the front-right window and the middle-right window, at a height of 130 centimeters (photographs 51, 54 circle 8).
j) A bullet entry hole from a bullet fired at a sharp angle, from back to front, was found in the front-right window, at a height of 146 centimeters (photographs 51, 55 circle 9).
k) A bullet entry hole from a bullet fired from front to back was found in the lower nickel frame of the front-right window.
l) A bullet entry hole from a bullet fired perpendicular to the car, from top to bottom, was found in the front-right door, at a height of 72 centimeters (photographs 51, 57 circle 11).
m) A bullet exit hole was observed in the right side of the windshield, located 25 centimeters above the hood (photographs 58, 59).
n) Damage from the interior of the vehicle was observed on the right side of the windshield, about 50 centimeters above the hood (photographs 58, 60).
o) Damage from the interior of the vehicle was observed in the center of the windshield, about 40 centimeters above the hood (photographs 58, 61).
p) Damage from the interior of the vehicle was observed on the windshield about 8 centimeters from the damage mentioned in sub-paragraph O, 37 centimeters above the hood (photographs 58, 61).



- 4 -

- q) Damage from the exterior of the vehicle was observed on the left side of the windshield, 27 centimeters above the hood (photographs 58, 62).
- r) Damage was observed 25 centimeters from the right-hand windshield wiper of the hood (photographs 58, 63).
- s) Two bullet entry holes were observed between the front-right door and the rear door, 28 centimeters above the ground, and 26 centimeters above the ground (photographs 64, 65).

8. I found bullet fragments on the floor of the driver's seat in the vehicle (photographs 72, 73, 74).
9. I found a bullet on the floor of the right-hand front seat (photographs 75, 76, 77).
10. Inside the vehicle, on the ceiling, between the front seats, I observed many blood spatters, as well as many bloodflows on the front-right seat (photographs 78, 79).
11. I seized, packed, and marked the following exhibits:
    - a) 19 rifle [bullet] casings taken from the western slope of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which are marked A.B. 1 dated March 26, 1991.
    - b) A small casing taken from the top of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which is marked A.B. 2 dated March 26, 1991.
    - c) A rifle [bullet] casing taken from the top of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which is marked A.B. 3 dated March 26, 1991.
    - d) 2 cigarette butts taken from the the top of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which are marked A.B. 4 dated March 26, 1991.
    - e) A cigarette butt taken from the top of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which is marked A.B. dated March 26, 1991.
    - f) A cigarette butt with an orange filter, taken from the the western slope of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which is marked A.B. 6 dated March 26, 1991.
    - g) Two rifle [bullet] casing s taken from the the western slope of the hill overlooking the road bend, 1.4 kilometers to the east of the village of Ein Qinya, which are marked A.B. 1 dated March 27, 1991.
    - h) Bullet fragments taken from above the back right-hand seat of vehicle 5111581, marked A.B. 1 dated March 28, 1991.
    - i) Bullet fragments taken from above the floor of the driver's seat of vehicle 5111581, marked A.B. 2 dated March 28, 1991.
    - j) Bullet fragments taken from the toolset in the vehicle 5111591[sic.]'s glove compartment, marked A.B. 3 dated March 28, 1991.



- 5 -

k) A bullet taken from the floor of the right-hand front seat of vehicle 5111581, marked A.B. 4 dated March 28, 1991.

I handed Exhibits A-F to the head of the Investigations Department at the Ramallah Station, Chief Inspector Sami Bad'an.
I handed Exhibits G-K to Master Sergeant Yossi Mor, from the Ramallah Station.

12. I prepared a series of photographs for commemoration purposes.


[signed]
Superintendent Avner Brezovski
The Director of the Mobile Forensics Lab at the Crime Scene
Jerusalem Branch


Attached: 78 photographs
A map of the Ein Qinya region


M 3189                                                                                   DM YM 150,000 (3 91) 90/98759



המטה הארצי/אגף החקירות
המחלקה לזיהוי פלילי
ירושלים, ז' סיון תשנ"א
20 במאי 1991
זס/0104 - 1017/91

ק. אח"ק נפת יהודה
רי מז"פ
רמ"ד סיוע מרחבי

הנדון: רצח יאיר מנדלסון, כביש א-טירה – עין קיניא
סימוכין: פ.א. 915/91 תחנת רמאללה

רקע

בתאריך 26.3.91 בשעה 2115 לערך התקבלה הודעה במשטרת רמאללה ע"י גורמי צה"ל-מבצעים חטיבת בנימין, אודות ירי לעבר רכב ישראלי שארע בשעה 2015 לערך בכביש א-טירה – עין קיניא. נהג הרכב נלקח ללא רוח חיים לבית ההלוויות שמגר בירושלים. שוטרי תחנת רמאללה הגיעו למקום ופתחו בחקירה. מעבדה ניידת הוזמנה למקום.

פעולות וממצאים

1. בתאריך 26.3.91 בשעה 2305 לערך הגעתי למקום הארוע שם פגשתי את רמ"ח תחנת רמאללה פקד סמי בדעאן אשר סיפר את פרטי הרקע הנ"ל.

2. מקום הארוע הוא עקול בכביש א-טירה – עין קיניא, מרחק 1.4 ק"מ לערך מזרחית ממרכז הכפר עין קיניא. על עיקול הכביש, מכוון מזרח, חולשת גבעה, הן על הצד המזרחי והן על הצד המערבי של העיקול. חלקה התחתון של הגבעה מכוסה בסירה קוצנית סבוכה ובהמשך מעלה הגבעה אדמה חשופה וסלעים. בראש הגבעה פזורים סלעים גדולים. מערבית וצפונית לעיקול הכביש משתרע ואדי. העיקול נתון במדרון ממזרח למערב והוא דמוי פרסה – בעל שני קטעי כביש כמעט מקבילים. קטע הכביש המזרחי בעיקול גבוה ב- 2.5 מטר לערך מקטע הכביש המערבי. בין שני קטעי הכביש שבעיקול צמחיה נמוכה ואדמה סלעית. (ראה מפה מצורפת ותמונות 1,4,11).

3. בישורת הכביש המערבית שבעיקול הכביש המוזבר מעלה, ראיתי את רכבו של יאיר מנדלסון – פג'ו מספר 5111581, עומד בשוליו השמאליים של הכביש כאשר חלקו הקדמי שמאלי תקוע בשיחים (תמונות 2,3,4,5,6,7).

בבדיקת הרכב מצאתי את הממצאים הבאים:

א. אורות הדרך דולקים (תמונה 4).

ב. ידית ההילוכים בהילוך שני.

ג. בלם היד משוחרר.



- 2 -

ד. מפתח במתג ההתנעה במצב כבוי (עגול א' בתמונות 8,9).

ה. התזות החשודות כהתזות דם על המדף הקדמי (עגול ב בתמונות 8,9).

ו. פיסת עצם על השטיח הקדמי שמאלי (עגול ג בתמונות 8,9).

ז. משקפי ראיה על השטיח הקדמי שמאלי (עגול ד בתמונות 8,9).

ח. כיפה וטיפות חומר החשוד כדם על השטיח הקדמי ימני (תמונה 10).

4. בבדיקת הגבעה החולשת על עיקול הכביש מכוון מזרח מצאתי את הממצאים הבאים:

א. 19 תרמילי רובה שהיו פזורים ברדיוס של 2.5 מטר לערך במעלה הצלע המערבית של הגבעה, 15 מטר לערך מעקול הכביש (תמונות 11,12,13,14).

ב. תרמיל קטן על ראש הגבעה, מרחק 25 מטר לערך מעקול הכביש (תמונות 15,16).

ג. תרמיל רובה על ראש הגבעה, מרחק מטר מן התרמיל המצויין בסעיף 4ב.

ד. בדל סיגריה עם פילטר כתום במעלה הצלע המערבית של הגבעה, מרחק 15 מטר לערך מעקול הכביש (תמונות 17,18).

ה. 3 בדלי סיגריות על ראש הגבעה מרחק 25 מטר לערך מעקול הכביש (תמונות 19,20,21).

ו. שתי עקבות נעליים על ראש הגבעה מרחק 30 מטר לערך מעקול הכביש (תמונות 22,23).

5. בתאריך 27.3.91 בשעה 0925 לערך ראיתי את גופתו של יאיר מנדלסון בבית ההלויות שמגר בירושלים. הגופה היתה לבושה בתחתונים ירוקים, חולצה לבנה מפוספסת ארוכת שרוולים וסוודר בחול קרוע (תמונות 24,25,26).

בבדיקת הגופה מצאתי את הממצאים הבאים:

א. פצע הנראה כחור כניסת קליע בחלקה העליון שמאלי אחורי של הגולגולת (תמונות 27,28,29).

ב. שבר ארוך בחלקה הקדמי העליון של הגולגולת. השבר מתחיל מעט ימינה ממרכז הגולגולת ומסתיים מעל הגבה השמאלית (כמו כן ראיתי חסר בעצם הגולגולת באזור זה וחלקי מח מבצבצים מבין שיער הפדחת. פגיעה זו נראית כתוצאת יציאת הקליע המוזכר בסעיף 5א (תמונות 30,31,32).

ג. פצע הנראה כחור כניסת קליע במותן שמאל בצד הגב (תמונות 33,34,35).

ד. פצע הנראה כחור יציאת קליע בבטן התחתונה מעט ימינה ממרכז הבטן (תמונות 36,37,38).

6. בתאריך 27.3.91 בשעה 1200 לערך ערכתי ביקור חוזר בזירת העבירה בעקול הכביש הנמצא 1.4 ק"מ לערך מזרחית ממרכז הכפר עין קיניא. בבדיקה על הצלע המערבית של הגבעה החולשת על עיקול הכביש מצאתי שני תרמילי רובה נקורים.

90/93759 (3.91) 150,000 ר.מ.כ

מ. 3189



- 3 -

7. בתאריך 28.3.91 בשעה 1030 לערך בדקתי בחצר המטה הארצי בירושלים רכב פג'ו 305 מספר 5111581 בו נהג יאיר מנדלסון בעת שנורה בתאריך 26.3.91 (תמונות 39,40,41).

בבדיקת הרכב מצאתי את הממצאים הבאים:

א. גלגל קידמי שמאלי ללא אויר (תמונות 41,42).

ב. בחלון שמאלי אמצעי, בגובה של 127-ב ס"מ מהקרקע, חור כניסת קליע אשר בנראה הוא אשר פגע בראשו של המנוח (תמונות 42,43).

ג. בדלת שמאלית אחורית בגובה 70 ס"מ מהקרקע חור כניסה של קליע שכוונו מאחור קדימה ובזוית חדה לרכב והמשכו בגב בסא קידמי שמאלי, קליע זה בנראה הוא אשר פגע במנדלסון במותן שמאל (תמונות 42,44,66,67,68).

ד. בדלת שמאלית קידמית ליד הבנף השמאלית קידמית ובגובה של 46 ס"מ מהקרקע חור כניסת קליע שכוונו מאחור ומלמעלה למטה (תמונות 45,46).

ה. במרחק 22 ס"מ לעבר מרכז הדלת מהחור שצויין בסעיף 7ד' ובגובה 38 ס"מ מהקרקע חור כניסת קליע (תמונות 45,47).

ו. בפנס אחורי ימני חור כניסת קליע בגובה של 83 ס"מ מהקרקע שכוונו מימין הרכב לשמאלו והמשכו של הקליע בתוך ארגז כלים בחול שנמצא בתא המטען (תמונות 48,49,50,69,70).

ז. בבנף אחורית ימנית ליד מכסה הדלק, בגובה של 66 ס"מ מהקרקע חור כניסת קליע שכוונו מאחור קדימה (תמונות 51,52 עיגול 6).

ח. בחלון ימני אמצעי בגובה 98 ס"מ חור כניסת קליע שכוונו מאחור קדימה, המשכו בקורה ימנית קידמית בין החלון הקידמי ימני לחלון ימני אמצעי (תמונות 51,53,71 עיגול 7).

ט. בקורה המפרידה בין החלון ימני קדמי לחלון הימני אמצעי, חור כניסת קליע בגובה של 130 ס"מ (תמונות 51,54 עיגול 8).

י. בחלון ימני קידמי בגובה של 146 ס"מ חור כניסת קליע בזוית חדה מאחור קדימה (תמונות 51,55 עיגול 9).

יא. במסגרת הניקל התחתונה של חלון ימני קידמי בגובה של 90 ס"מ חור כניסת קליע שכוונו מאחור קדימה (תמונות 51,56 עיגול 10).

יב. בדלת ימנית קידמית בגובה 72 ס"מ חור כניסת קליע שכוונו בניצב לרכב מלמעלה למטה (תמונות 51,57 עיגול 11).

יג. בקצה ימני של שמשה קידמית בגובה של 25 ס"מ מכסה המנוע חור יציאת קליע (תמונות 58,59).

יד. בצד ימני של שמשה קדמית בגובה של 50-ב ס"מ מכסה המנוע פגיעה בחלון מצידו הפנימי (תמונות 58,60).

טו. במרכז השמשה בגובה של 40-ב ס"מ מכסה המנוע פגיעה בחלון מצידו הפנימי (תמונות 58,61).

טז. במרחק של 8-כ ס"מ מפגיעה ט"ו ובגובה של 37 ס"מ מכסה המנוע פגיעה בשמשה הקידמית מצידה הפנימי (תמונות 58,61).



- 4 -

יז. בצד השמאלי של השמשה הקדמית בגובה 27 ס"מ ממכסה המנוע פגיעה מצידה החיצוני (תמונות 58,62).

יח. במרחק של 25 ס"מ מחגב ימני של מכסה המנוע פגיעה (תמונות 58,63).

יט. בין דלת קידמית ימנית לאחורית בגובה של 28 ס"מ מהקרקע ובגויבה של 26 ס"מ מהקרקע שתי בניסות של קליעים (תמונות 64,65).

8. על רצפת מושב הנהג ברכב מצאתי שרידי קליעים (תמונות 72,73,74).

9. על רצפת המושב הקדמי ימני מצאתי קליע (תמונות 75,76,77).

10. בתוך הרכב על התקרה בין שני המושבים הקידמיים ראיתי התזות דם רבות וכן נזילות דם רבות על המושב הימני קידמי (תמונות 78,79).

11. תפסתי, ארזתי וסימנתי את המוצגים הבאים:

א. 19 תרמילי רובה אשר נלקחו מן הצלע המערבית של הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומנו א.ב. 1 מתאריך, 26.3.91.

ב. תרמיל קטן אשר נלקח מראש הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומן א.ב. 2 מתאריך 26.3.91.

ג. תרמיל רובה אשר נלקח מראש הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומן א.ב. 3 מתאריך 26.3.91.

ד. 2 בדלי סיגריות אשר נלקחו מראש הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומנו א.ב. 4 מתאריך 26.3.91.

ה. בדל סיגריה אשר נלקח מראש הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומן א.ב. מתאריך 26.3.91.

ו. בדל סיגריה עם פילטר בתום אשר נלקח מן הצלע המערבית של הגבעה החולשת על עיקול בכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומן א.ב. 6 מתאריך 26.3.91.

ז. שני תרמילי רובה אשר נלקחו מן הצלע המערבית של הגבעה החולשת על עיקול הכביש 1.4 ק"מ מזרחית מכפר עין קיניא סומנו א.ב. 1 מתאריך 27.3.91.

ח. שרידי קליע אשר נלקחו מעל המושב האחורי ימני של רכב 5111581 סומנו א.ב. 1 מתאריך 28.3.91.

ט. שרידי קליעים אשר נלקחו מעל רצפת מושב הנהג של רכב 5111581 סומנו א.ב. 2 מתאריך 28.3.91.

י. שרידי קליע אשר נלקחו מארגז הכלים שבתא מטען רכב 5111591 סומנו א.ב. 3 מתאריך 28.3.91.

90/93759 (3.91) 150,000   ד.כ.י"ם                                              מ. 3189



- 5 -

יא. קליע אשר נלקח מרצפת מושב קידמי ימני של רכב 5111581 סומן א.ב. 4   מתאריך 28.3.91.

את מוצגים א'-ו' מסרתי לידי רמ"ח תחנת רמאללה, פקד סמי בדעאן.

את מוצגים ז'-יא' מסרתי לידי רס"ר יוסי מור מתחנת רמאללה.

12. לצורך הנצחה ערכתי סדרת תצלומים.

אבנר ברזובסקי,    רפ"ק
ר' מעבדה ניידת לזירת עבירה
סניף ירושלים

לוט: 78 תצלומים
מפת אזור עין קיניא

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SHABTAI SCOTT SHATSKY, et al.,    )
                                  )
            Plaintiffs,           )
       v.                         )           Civ. No. 08-cv-00496 (RJL)
                                  )
                                  )
SYRIAN ARAB REPUBLIC, et al.,     )
                                  )
            Defendants.           )
_____)

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Hebrew and English fluently, and I am capable of translating accurately between Hebrew and English.

2. The English-language text attached hereto captioned "**_To: Ramallah Station_**" is a full and accurate translation of the Hebrew-language document that follows it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 15, 2020

_____
Yaniv Berman

| To: *Ramallah Station* | ISA 321   ISA 299 | | |
|---|---|---|---|
| To the attention of: *Head of Interrogations Office Samaria* <br> *Intelligence Department Minorities* | | | |
| Time (authoring) Hour: *15:45*   Date: *June 3, 1991* | | Reference | Words |
| In Police File 1733/91, the Ramallah Station received, among others: <br><br> 1) 19 bullet casings caliber 7·62×39mm (Kalashnikov) <br><br> 2) Two bullet casings caliber 5·56×45mm <br><br> 3) Two bullet casings caliber 9mm parabellum <br><br> Findings: The comparison with a collection of open cases was positive. <br><br> A) One bullet casing caliber 7·62×39mm (Kalashnikov) in this file. <br><br> B) The 17 bullet casings marked X1074/90 (shooting incident toward a bus, murder attempt on December 5, 1990, Police File 5401/90 Ramallah Station | | | |
| Time | Author's signature: *[handwritten signature]* | Name: *Bassam* | Appointment: *[unclear]* |

| Write concisely, clearly, in large and separate letters. | **Telegram** | Instructions for authoring telegrams see in Standing Orders 15.08.02 |
|---|---|---|
| Service | | |

| Urgency | Classification | No. *National T1925* | From: *Forensic Science Lab – Weapons* |
|---|---|---|---|

| To: | *Continuation* |
|---|---|

| To the attention of: |
|---|

| Time (authoring) Hour: *15:45*   Date: *June 3, 1991* | Reference | Words |
|---|---|---|

and FSL [Forensic Science Lab] ZB 07 File 13469/90) were fired from the same weapon.

The rest of the bullet casings (caliber 7.62X39mm Kalashnikov) have not yet been examined.

B) The 2 bullet casings (caliber 5.56X45mm) were fired from the same weapon, probably a Galil assault rifle – the two bullet casings (caliber 5.56X45mm) in this file.

B) The 22 bullet casings marked X1011/91 (murder incident on March 2[?], 1991 in Dolev, Police File 915/91 Ramallah Station, FSL File ZB 07 3316/91)

| Time | Author's signature: | Name: | Appointment: |
|---|---|---|---|

| Write concisely, clearly, in large and separate letters | | **Telegram** | | Instructions for authoring telegrams see in Standing Orders 15.08.02 | |
|---|---|---|---|---|---|
| Service | | | | | |
| Urgency | Classification | No. *National T1925* | | From: *Forensic science Lab – Weapons* | |
| To: | | | *Continuation* | | |
| To the attention of: | | | | | |
| Time (authoring) Hour: | | Date: | | Reference | Words |
| *were fired from the same weapon.* <br><br> *C) The 2 bullet casings (caliber 9mm Parabellum) were fired from the same weapon, probably an Uzi submachine gun – the 2 bullet casings 9mm Parabellum in this file and the bullet casing marked X1011/91 (the aforementioned Police File 915/91 Ramallah Station) were fired from the same weapon.* | | | | | |
| Time | Author's signature: | | | Name: | Appointment: |