## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE SYRIAN ARAB REPUBLIC, *et al.*,<br><br>Defendants. | Civil Action No. 08-cv-00496-RJL |

### DECLARATION OF STEVEN BRAUN

1. I am a plaintiff in this law suit. I have been a United States citizen my entire life. Attached hereto is a true copy of my U.S. passport.

2. I was present at the bombing in Karnei Shomron on February 16, 2002, on which this law suit is based. I was wounded in both legs by shrapnel and projectile debris, and also suffer from chronic post traumatic distress disorder and dysthymia as a result of the bombing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2023.

_____
Steven Braun

*The Secretary of State*
*of the United States of America*
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

*Steven L. Braun*
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT

Type/Catè: P
Code of issuing state/code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]

Surname / Nom
BRAUN
Given names / Prénoms
STEVEN L
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
4 NOV/NOV 55
Sex / Sexe: M
Place of birth / Lieu de naissance
ILLINOIS, U.S.A.
Date of issue / Date de délivrance
28 FEB/FEV 00
Date of expiration / Date d'expiration
27 FEB/FEV 10
Authority / Autorité
U.S. EMBASSY
TEL AVIV, ISRAEL
Amendments/Modifications
SEE PAGE

P<USABRAUN<<STEVEN<L<<<<<<<<<<<<<<<<<<<<<<<<
[redacted]USA5511145M1002274<<<<<<<<<<<<<<