IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHABTAI SCOTT SHATSKY, et al., )
)
)
Plaintiffs, )
) Civil Action No. 08-cv-00496-RJL
v. )
)
THE SYRIAN ARAB REPUBLIC, et al., )
)
Defendants. )
)

### DECLARATION OF SHABTAI SCOTT SHATSKY

1. I am a plaintiff in this law suit. I am the father of Keren Shatsky, who was murdered on February 16, 2002, in the suicide bombing in Karnei Shomron which gave rise to this law suit.

2. Keren left behind her mother, Jo Anne Shatsky (who is my spouse), and her siblings (also children of Jo Anne and myself), Yoseph Shatsky, Miriam Shatsky, David Shatsky, Tzippora Shatsky and Sara Shatsky, all of whom are plaintiffs in this law suit.

3. Needless to say, Keren's murder has caused our family overwhelming emotional pain, grief and anguish, and has left us all with deep emotional scars. I have been a United States citizen my entire life, as have been my wife and all of our children. Keren, too, was a United States citizen throughout her short life. Attached hereto are true copies of our U.S. passports, and of Keren's Certification of Birth Abroad issued by the U.S. State Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2023.

Shabtai Scott Shatsky



*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

[Signature: Jo Anne Hava Shatsky]

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE

Type / Type / Tipo   Code / Code / Código   Passport No. / No. de Passeport / No. de Pasaporte
P                     USA

Surname / Nom / Apellidos
**SHATSKY**

Given names / Prénoms / Nombres
**JO ANNE HAVA**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**16 Apr 1951**

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
**F**                **NEW HAMPSHIRE, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**09 Mar 2004**

Authority / Autorité / Autoridad
**U.S. Embassy Tel Aviv**

Date of expiration / Date d'expiration / Fecha de caducidad
**08 Mar 2014**

Amendments / Modifications / Enmiendas
**See Page 24**

P<USASHATSKY<<JO<ANNE<HAVA<<<<<<<<<<<<<<<<<<
USA5104154F1403088<<<<<<<<<<<<06

---

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.*

[Signature: Shabtai Scott]

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT

Type   Code   Passport No.
P      USA

Surname / Nom / Apellidos
**SHATSKY**

Given names / Prénoms / Nombres
**SHABTAI SCOTT**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
**25 Apr 1952**

Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
**M**                **NEW YORK, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**09 Mar 2004**

Authority / Autorité / Autoridad
**U.S. Embassy Tel Aviv**

Date of expiration / Date d'expiration / Fecha de caducidad
**08 Mar 2014**

Amendments / Modifications / Enmiendas
**See Page 24**

P<USASHATSKY<<SHABTAI<SCOTT<<<<<<<<<<<<<<<<<
USA5204250M1403088<<<<<<<<<<<<08

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED



**UNITED STATES OF AMERICA**

SHATSKY
SARA ITKA
UNITED STATES OF AMERICA
04 JUN/JUN 80
F   NEW YORK, U.S.A.
20 MAY/MAI 99   19 MAY/MAI 09
U.S. Embassy
TEL AVIV, ISRAEL   24

P<USASHATSKY<<SARA<ITKA<<<<<<<<<<<<<<<<<<<<<<<
_____SA8006042F0905194<<<<<<<<<<<<<<<2



*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT

USA

Type/Catégorie: P
Code of issuing State / code du pays émetteur: USA
Passport No. / No. du passeport: [redacted]

Surname / Nom
SHATSKY

Given names / Prénoms
MIRIAM

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
11 JAN/JAN 82

Sex / Sexe: F
Place of birth / Lieu de naissance: NEW YORK, U.S.A.

Date of issue / Date de délivrance: 20 MAY/MAI 99
Date of expiration / Date d'expiration: 19 MAY/MAI [illegible]

Authority / Autorité
U.S. Embassy
TEL AVIV, ISRAEL

Amendments / Modifications
SEE PAGE 26

P<USASHATSKY<<MIRIAM<<<<<<<<<<<<<<<<<<<<<<<<
[redacted]USA8201113F0905194<<<<<<<<<<

<sup>Case 1:08-cv-00496-RJL Document 61-4 Filed 02/21/23 Page 5 of 7</sup>

<sub>(Left passport)</sub>

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

Tzippy Shatsky

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

PASSPORT

Type/Caté-gorie: P
Code of issuing State: USA
PASSPORT NO.:
Surname: SHATSKY
Given names: TZIPPORA
Nationality: UNITED STATES OF AMERICA
Date of birth: 21 DEC/DEC 76
Sex: F    Place of birth: ISRAEL
Date of issue: 20 MAY/MAI 99    Date of expiration: 19 MAY/MAI 09
Authority: U.S. Embassy TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE 24



P<USASHATSKY<<TZIPPORA<<<<<<<<<<<<<<<<<<<<<<<
USA7612219F0905194<<<<<<<<<<

---

(Right passport)

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR
NOT VALID UNTIL SIGNED

PASSPORT

Type: P    Code: USA    Passport No.:
Surname: SHATSKY
Given Names: DAVID RAPHAEL
Nationality: UNITED STATES OF AMERICA
Date of birth: 11 Apr 1984
Sex: M    Place of birth: NEW YORK, U.S.A.
Date of issue: 07 Apr 2004    Authority: U.S. Embassy Tel Aviv
Date of expiration: 06 Apr 2014
Amendments/Modifications: See Page 24

P<USASHATSKY<<DAVID<RAPHAEL<<<<<<<<<<<<<<<<<<
USA8404110M1404063<<<<<<<<<<

# PASSPORT / PASSEPORT / PASAPORTE

## UNITED STATES OF AMERICA



Type / Type / Tipo: **P**
Code / Code / Codigo: **USA**
Passport No. / No du Passeport / No de Pasaporte: ▬

Surname / Nom / Apellidos: **SHATSKY**
Given Names / Prénoms / Nombres: **YOSEF TZVI**
Nationality / Nationalité / Nacionalidad: **UNITED STATES OF AMERICA**
Date of birth / Date de naissance / Fecha de nacimiento: **10 Sep 1978**
Place of birth / Lieu de naissance / Lugar de nacimiento: **ISRAEL**
Date of issue / Date de délivrance / Fecha de expedición: **26 Aug 2019**
Date of expiration / Date d'expiration / Fecha de caducidad: **25 Aug 2029**
Endorsements / Mentions Spéciales / Anotaciones: **SEE PAGE 51**

Sex / Sexe / Sexo: **M**
Authority / Autorité / Autoridad: **United States Department of State**



```
P<USASHATSKY<<YOSEF<TZVI<<<<<<<<<<<<<<<<<<<<
▬▬▬▬▬▬▬USA7809109M2908258718105960<212752
```

# DEPARTMENT OF STATE
## FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad

of a Citizen of the United States of America

This is to certify that according to records on file in this Office

**KEREN SHATSKY**

Sex _FEMALE_ was born at _PETAH TIKVA, ISRAEL_

on _MAY 28, 1987_ Report of birth recorded on _NOVEMBER 12, 1987_

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at _TEL AVIV, ISRAEL_

this _12TH_ day of _NOVEMBER_ 19_87_.

(SEAL)

ELISE B. KLEINWAKS
VICE CONSUL _____ of the United States of America

**WARNING:** This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73