IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>)   Civil Action No. 08-cv-00496-RJL |
| v. | )<br>) |
| THE SYRIAN ARAB REPUBLIC, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## DECLARATION OF LEOR THALER

1. I am a plaintiff in this law suit. On Saturday night, February 16, 2002, I was sitting in the pizza shop in the outdoor mall in Karnei Shomron. My sister Rachel Thaler was also at the pizza shop. While we were sitting there, a terrorist set off a bomb he was carrying, and seriously injured Rachel and me. Rachel died from her injuries on February 27, 2002.

2. Michael Thaler and Ginette Lando Thaler, who are my and Rachel's father and mother, as well as Zvi Thaler and Isaac Thaler, who are my and Rachel's brothers, are also all plaintiffs in this case.

3. Rachel's death from the bombing was and still is a horrible, agonizing nightmare for our whole family. It emotionally and psychologically shattered our parents, my brothers, and myself. We have all been actively grieving, and in terrible emotional pain, because of Rachel's brutal death, for over twenty years now.

4. It is difficult for me to say this, because nothing could be "worse" than Rachel's death, but the fact that I was seriously injured in the bombing did in truth make everything even worse, both for me and for my whole family. I was hit by many pieces of shrapnel and nails, and

had severe burns. My bowels were perforated and I got peritonitis, my gall bladder had to be removed, and one of my ears was nearly torn off. I had to undergo numerous surgeries. I have many scars, some permanent hearing loss, tinnitus, blurry vision and headaches, and permanent bowel injuries. My process of treatment and (partial) recovery took many years, and because I was only 14 at the time of the bombing, my parents had to be constantly involved in my treatment, which was especially difficult for them because they were trying to cope with Rachel's death. My brothers also suffered very much emotionally because of what happened to me, both because of their love and concern for me, and because our parents had to spend a lot of their time helping me, and were not fully available to give them support so they could cope with their feelings.

5. I and everyone in my family has required professional psychological and mental health treatment, as a result of both Rachel's death and the injuries to me.

6. I have been a U.S. citizen my entire life, as have my brothers Zvi and Isaac. Rachel was also a U.S. citizen for her whole life. Our father Michael Thaler became a U.S. citizen in 1960, and has remained a U.S. citizen until today. True copies of our U.S. passports are attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5, 2023.

_____
Leor Thaler

United States of America
hom it may...be... the ci
national of the United States named herein to
...and in case of need...
give all lawful aid and protection.

Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE
NOT VALID UNTIL SIGNED

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit the citizen/national
of the United States named herein to pass without delay or hindrance
and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique
par les présentes toutes autorités compétentes de laisser passer le cito
sortissant des Etats-Unis titulaire du présent passeport, sans dél
iculté et, en cas de besoin, de lui accorder toute aide et protection légitim

Secretario de Estado de los Estados Unidos de América por el presente solicita a
autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos
aqui ..., sin demora ni dificultades, y en caso de necesidad, prestarle toda la
ayuda y protección lícitas

Thaler
ER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR
NOT VALID UNTIL SIGNED



PASSPORT
Type/Type  Code of Issuing/code du pays  PASSPORT NO./NO DE PASSEPORT
P        USA
Surname / Nom
THALER
Given names / Prénoms
ISAAC
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
23 SEP/SEP 74
Sex / Sexe   Place of birth / Lieu de naissance
M            ISRAEL
Date of issue / Date de délivrance    Date of expiration / Date d'expiration
20 DEC/DEC 99                          19 DEC/DEC 09
Authority / Autorité                   Amendments/Modifications
PASSPORT AGENCY                        SEE PAGE 24
MIAMI

P<USATHALER<<ISAAC<<<<<<<<<<<<<<<<<<<<<<<<<
...A7409233M0912194<<<<<...

PASSPORT
Type/Type  Code/Code  Passport N°/No. du Passeport
P          USA
Surname / Nom / Apellidos
THALER
Given names / Prénoms / Nombres
LEOR PHILIP
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
12 Jul 1987
Sex / Sexe / Sexo   Place of birth / Lieu de naissance / Lugar de nacimiento
M                   NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición    Authority / Autorité
31 May 2002                                                 National Passport Center
Date of expiration / Date d'expiration / Fecha de caducidad
30 May 2007
Amendments / Modifications / Enmiendas
See Page 24

P<USATHALER<<LEOR<PHILIP<<<<<<<<<<<<<<<<<<<
USA8707121M0705305<<<<<...







SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
USA

Type/Catégorie: P
Code of issuing State / code du pays emetteur: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]

Surname / Nom: THALER
Given names / Prénoms: ZVI JACOB
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 07 SEP/SEP 88
Sex / Sexe: M
Place of birth / Lieu de naissance: NEW YORK, U.S.A.
Date of issue / Date de délivrance: 11 JUL/JUI 01
Date of expiration / Date d'expiration: 10 JUL/JUI 06
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE 24

P<USATHALER<<ZVI<JACOB<<<<<<<<<<<<<<<<<<<<<<<
[redacted]USA8809070M0607100<<<<<<<<<<<<<<<4

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE
USA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: [redacted]

Surname / Nom / Apellidos: THALER
Given names / Prénoms / Nombres: LEOR PHILIP
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 12 Jul 1987
Sex / Sexe / Sexo: M
Place of birth / Lieu de naissance / Lugar de nacimiento: NEW YORK, U.S.A.
Date of issue / Date de délivrance / Fecha de expedición: 31 May 2002
Authority / Autorité / Autoridad: National Passport Center
Date of expiration / Date d'expiration / Fecha de caducidad: 30 May 2007
Amendments / Modifications / Enmiendas: See Page 24

P<USATHALER<<LEOR<PHILIP<<<<<<<<<<<<<<<<<<<<
[redacted]USA8707121M0705305<<<<<<<<<<<<<<02

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
USA

Type/Catégorie: P
Code of issuing State / code du pays emetteur: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]

Surname / Nom: THALER
Given names / Prénoms: RACHEL DONNA
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 28 JAN/JAN 86
Sex / Sexe: F
Place of birth / Lieu de naissance: UNITED KINGDOM
Date of issue / Date de délivrance: 11 JUL/JUI 01
Date of expiration / Date d'expiration: 10 JUL/JUI 06
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE 24

P<USATHALER<<RACHEL<DONNA<<<<<<<<<<<<<<<<<<<<
[redacted]USA8601285F0607100<<<<<<<<<<<<<<<0

*The Secretary of State
of the United States of America*
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique*
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

Surname / Nom
THALER
Given Names / Prénoms
MICHAEL
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
18 AUG/AOU 45
Sex / Sexe   Place of birth / Lieu de naissance
M          RUSSIA
Date of issue / Date de délivrance      Date of expiration / Date d'expiration
02 MAY/MAI 97              01 MAY/MAI
Authority / Autorité
PASSPORT AGENCY
WASHINGTON, D.C.

Amendments
Modifications
SEE PAGE

P<USATHALER<<MICHAEL<<<<<<<<<<<<<<<<<<<<<<<<
SA4508180M0705017<<<<<<<<<<<<