**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-cv-00496-RJL |
| THE SYRIAN ARAB REPUBLIC, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF HILLEL TRATTNER**

1. I am one of the plaintiffs in this case. I was present at the February 16, 2002 terrorist bombing in Karnei Shomron, which resulted in this law suit.

2. I was hit with the blast and shrapnel from the bomb, which caused me numerous physical injuries, including complete and permanent blindness in my left eye, permanent hearing loss in my left ear, burns and various fractures. I have undergone many operations, experienced severe pain, and still have multiple pieces of shrapnel embedded in my brain and body. All of this has also caused me serious emotional/psychological trauma.

3. I am married to Ronit Trattner, who is also a plaintiff in this case. Ronit has suffered greatly as a result of my injuries. We were a newly married couple when the bombing happened, and I was strong and fit. Instead of the healthy man she married, Ronit ended up with a husband blind in one eye, partially deaf in one ear, with numerous physical limitations and frequent pain, and emotional scars and trauma. Ronit has lived and struggled with me through years of hospitalizations, surgeries, and other treatments. Ronit is a wonderful, terrific wife, and everything I have experienced as a result of the bombing has taken a serious emotional and psychological toll on her.

4. My parents, Aron Trattner and Shelley Trattner, are also plaintiffs in this case. They have also endured a huge amount of emotional trauma as the result of my injuries in the bombing. At first they experienced the horror of hearing that their son was severely injured in a bombing and had been rushed to the hospital, and not knowing if I would survive, or in what condition. Then, because my wife Ronit was also injured, my parents had to care for me for a very long period of time after the bombing. For months after the bombing, they spent much of their time with me at the hospital, at the rehabilitation clinic, at home, and taking me to various follow-up treatments. Even after Ronit and I were reunited and my condition stabilized my parents were closely involved in my medical care. Over the 21 years since the bombing, they have repeatedly expressed and showed their pain and anguish at what happened to me, and worry constantly about my injuries.

5. I have been a United States citizen my entire life, as have my parents. Attached hereto are true copies of our U.S. passports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 5th, 2023.

*[signature]*
Hillel Trattner

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

Hillel Trattner

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



UNITED STATES OF AMERICA

PASSPORT   Type/Catégorie P   Code of issuing/code du pays USA   Passport No./No. du passeport

Surname / Nom
TRATTNER
Given names / Prénoms
HILLEL NOAH
Nationality / Nationalité
UNITED STATES OF AMERICA
Date of birth / Date de naissance
24 JUL/JUI 74
Sex   Place of birth / Lieu de naissance
ILLINOIS, USA
Date of issue / Date de délivrance    Date of expiration / Date d'expiration
11 JUL/JUI 97    10 JUL/JUI 07
Authority / Autorité
U.S. EMBASSY
TEL AVIV, ISRAEL

Amendments/
Modifications
SEE PAGE
24

P<USATRATTNER<<HILLEL<NOAH<<<<<<<<<<<<<<<<<<<
       USA7407240M0707103<<<<<<<<<<<<<<2

*The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'État des États-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des États-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

UNITED STATES OF AMERICA

PASSPORT

Type/Type: P   Code of issuing State: USA

Surname / Nom: **TRATTNER**
Given names / Prénoms: **ARON S**
Nationality / Nationalité: **UNITED STATES OF AMERICA**
Date of birth / Date de naissance: **03 MAY/MAI 52**
Sex / Sexe: **M**   Place of birth / Lieu de naissance: **NEW YORK, USA**
Date of issue / Date de délivrance: **13 FEB/FEV 98**
Date of expiration / Date d'expiration: **12 FEB/FEV 03**
Authority / Autorité: **U.S. EMBASSY TEL AVIV, ISRAEL**
Amendments / Modifications: SEE PAGE 24

P<USATRATTNER<<ARON<S<<<<<<<<<<<<<<<<<<<<<<<<<
USA5205039M0802123<<<<<<<<<<<<<<8

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT

Type/Type: P
Code/Code: USA
Surname/Nom: TRATTNER
Given names/Prénoms: SHELLEY
Nationality/Nationalité: UNITED STATES OF AMERICA
Date of birth/Date de naissance: 21 JAN/JAN 54
Sex/Sexe: F
Place of birth/Lieu de naissance: ILLINOIS, USA
Date of issue/Date de délivrance: 13 FEB/FEV 98
Date of expiration/Date d'expiration: 12 FEB/FEV 08
Authority/Autorité: U.S. EMBASSY TEL AVIV, ISRAEL

P<USATRATTNER<<SHELLEY<<<<<<<<<<<<<<<<<<<<<<<
USA5401211F0802123<<<<<<<<<<<<<<0