**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*, Plaintiffs, v. THE SYRIAN ARAB REPUBLIC, *et al.*, Defendants. | ) | Civil Action No. 08-cv-00496-RJL |

**DECLARATION OF CHANA (FRIEDMAN) EDRI**

1. I am one of the plaintiffs in this case. My maiden name was Chana Friedman, and my married name is now Chana Edri.

2. I was at the pizza shop in Karnei Shomron on February 16, 2002, when the terrorist set off the bomb which is the basis for this case. I was 14 years old at that time. The explosion caused me serious burns on my face, back, hand and foot. I was also hit with pieces of shrapnel all over my body, including my face and eye, and my eardrum burst. I still have shrapnel in my eye, and sometimes hearing buzzing sounds in my ear, until today. I had to spend a long time in the hospital getting burn treatments, which were extremely painful, and getting plastic surgeries to try to repair my scars. But I still have a lot of scarring. These experiences had a terrible impact on my mental and emotional state, and I have been diagnosed with chronic PTSD and depression.

3. My mother, Bella Friedman, and my sister and brothers, Miriam Friedman, Ilan Friedman, Yehiel Friedman, Zvi Friedman, are also plaintiffs in this case. What happened to me because of the bombing has caused them a lot of emotional pain as well. In the first place, for a couple hours after the bombing they thought I had been killed, because they knew I had been at the pizza shop but could not find me anywhere. Because I was only 14-15 years old at that time,

my mother had to spend most of her time with me during my many months of hospitalizations, treatments and surgeries, and she had to basically quit work for two years after the bombing to take care of me. My mother had to witness me suffering terrible pain (the worst was the excruciating burn treatments), and that was very, very hard on her.

4. This was also a very difficult period for my sister and my brothers, both because they were (and still are) very upset at what had happened to me, and because my mother was not able to provide them with the time and attention they needed to cope with the situation (since she needed to be with me a lot of the time). Also, because of my terrible emotional state for years after the bombing, my relationship with my mother, sister and brothers became very bad and difficult, and we had to go to family therapy to try to improve it (which did not work).

5. I have been a United States citizen my entire life, as have my mother, sister and brothers. Attached hereto are true copies of our U.S. passports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February ___, 2023.

____________________
Chana (Friedman) Edri


We the People
Of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.
3
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
PASSPORT
PASSEPORT
PASAPORTE
USA
UNITED STATES OF AMERICA
Type / Type / Tipo
P
Code / Code / Código
USA
Passport No. / No. du Passeport / No. de Pasaporte
[redacted]
Surname / Nom / Apellidos
FRIEDMAN
Given Names / Prénoms / Nombres
CHANA YAFFA
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
23 Feb 1987
Place of birth / Lieu de naissance / Lugar de nacimiento
ISRAEL
Sex / Sexe / Sexo
F
Date of issue / Date de délivrance / Fecha de expedición
12 Feb 2016
Authority / Autorité / Autoridad
United States Department of State
Date of expiration / Date d'expiration / Fecha de caducidad
11 Feb 2026
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51
USA
P<USAFRIEDMAN<<CHANA<YAFFA<<<<<<<<<<<<<<<<<<<
[redacted]USA8702230F2602110716184976<208508

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

CANCELED 20 JUN 2003
NEW APPLICATION

Bella Friedman
mother of Miriam Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA
PASSPORT

Type/Type: P | Code of Issuing State: USA | Passport No.: [redacted]



Surname / Nom: FRIEDMAN
Given Names / Prénoms: MIRIAM
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 19 DEC/DEC 90
Sex / Sexe: F | Place of birth / Lieu de naissance: ISRAEL
Date of issue / Date de délivrance: 19 FEB/FEV 98 | Date of expiration / Date d'expiration: 18 FEB/FEV 03
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE

P<USAFRIEDMAN<<MIRIAM<<<<<<<<<<<<<<<<<<<<<<<
[redacted] 8A9012190F0302184<<<<<<<<<<<<<<<

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

CANCELED 20 JUN 2003
NEW APPLICATION

Bella Friedman
mother of Chana Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA
PASSPORT

Type/Type: P | Code of Issuing State: USA | Passport No.: [redacted]



Surname / Nom: FRIEDMAN
Given Names / Prénoms: CHANA YAFFA
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 23 FEB/FEV 87
Sex / Sexe: F | Place of birth / Lieu de naissance: ISRAEL
Date of issue / Date de délivrance: 19 FEB/FEV 98 | Date of expiration / Date d'expiration: 18 FEB/FEV 03
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications SEE PAGE

P<USAFRIEDMAN<<CHANA<YAFFA<<<<<<<<<<<<<<<<<<<
[redacted] USA8702230F0302184<<<<<<<<<<<<<<

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

Bella Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

PASSPORT

UNITED STATES OF AMERICA [redacted]

Type/Catégorie P Code of Issuing State/Code du pays émetteur USA

Surname / Nom FRIEDMAN

Given names / Prénoms BELLA

Nationality / Nationalité UNITED STATES OF AMERICA

Date of birth / Date de naissance 22 APR/AVR 59

Place of birth / Lieu de naissance NEW YORK, USA

Date of issue / Date de délivrance 19 FEB/FEV 98 Date of expiration / Date d'expiration 18 FEB/FEV

Authority / Autorité U.S. EMBASSY

TEL AVIV, ISRAEL

P<USAFRIEDMAN<<BELLA<<<<<<<<<<<<<<<<<<<<<<

[redacted]USA5904228F0802189<<<<<<<<<<<<<<

---

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/ national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.*

CANCELLED

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.*

6 FEB 1998

Bella Friedman
Mother of Yehiel Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT

Type/Catégorie P Code of Issuing State/Code du pays émetteur USA PASSPORT NO./NO. DU PASSEPORT [redacted]

Surname / Nom FRIEDMAN

Given names / Prénoms YEHIEL

Nationality / Nationalité UNITED STATES OF AMERICA

Date of birth / Date de naissance 26 FEB/FEV 81

Sex / Sexe M Place of birth / Lieu de naissance NEW YORK, USA

Date of issue / Date de délivrance 08 DEC/DEC 92 Date of expiration / Date d'expiration 07 DEC/DEC 97

Authority / Autorité U.S. EMBASSY Amendments/Modifications SEE PAGE

TEL AVIV, ISRAEL 24

P<USAFRIEDMAN<<YEHIEL<<<<<<<<<<<<<<<<<<<<<<<<

[redacted]USA8102265M9712076<<<<<<<<<<<<<<<

*...of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

CANCELLED
NEW APPLICATION
OCT 2001

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT



Type/Catégorie: P
Code of Issuing State / Code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]
Surname / Nom: FRIEDMAN
Given names / Prénoms: ZVI
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 15 DEC/DEC 82
Sex / Sexe: M
Place of birth / Lieu de naissance: NEW YORK, USA
Date of issue / Date de délivrance: 19 FEB/FEV 98
Date of expiration / Date d'expiration: 18 FEB/FEV 03
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE

P<USAFRIEDMAN<<ZVI<<<<<<<<<<<<<<<<<<<<<<<<<
[redacted]USA8212155M0302184<<<<<<<<<<<<<<

*The Secretary of State*
*of the United States of America*
*hereby requests all whom it may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

CANCELLED
NEW APPLICATION

Bella Friedman 16 FEB 1998
Mother of Ilan Friedman

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT



Type/Catégorie: P
Code of Issuing State / Code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: [redacted]
Surname / Nom: FRIEDMAN
Given names / Prénoms: ILAN JOSEPH
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 15 JUL/JUI 85
Sex / Sexe: M
Place of birth / Lieu de naissance: ISRAEL
Date of issue / Date de délivrance: 08 DEC/DEC 92
Date of expiration / Date d'expiration: 07 DEC/DEC 97
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE 24

P<USAFRIEDMAN<<ILAN<JOSEPH<<<<<<<<<<<<<<<<<
[redacted]USA8507136M9712076<<<<<<<<<<<<<<<

P.3