UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>THE SYRIAN ARAB REPUBLIC, *et al.,*<br><br>Defendants. | Civil Action No. 08-496 (RJL) |

[Proposed]
**ORDER**

For the reasons set forth in the Plaintiffs' Motion for Entry of Judgment by Default on Liability, and the Memorandum and exhibits submitted in support thereof, it is hereby

ORDERED, pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(e), Rule 55(b) of the Federal Rules of Civil Procedure, and Local Civil Rule 7, that final default judgment on liability against the Defendant, Syrian Arab Republic ("Syria") shall be and is hereby entered; and it is further

ORDERED, pursuant to 28 U.S.C. § 1605A(e), that Mr./Ms.__________________ shall be and is hereby appointed as a Special Master, to take evidence regarding Plaintiffs' damages, and to issue a report and recommendations to this Court in respect to Plaintiffs' damages.

**SO ORDERED**

Dated:

_______________________________
Senior United States District Judge